# EXHIBIT D

VIDEO TRANSCRIPTION

Facebook Live Recording


File Name:

Geraldine Feisty Souza Video Capture (3)

GERALDINE SOUZA: Oh, shit. Hey-hey. There we go. Hey-hey. So, since I'm feeling like this, a couple of your are like, you might as well just go live. So I'm here. Let me do this. Let me put this over here.

Hey. Hey-hey. Hold on. I have people messaging me. Let me just message this person back. Yeah, buddy. Um, so hold on one second. I will be right back.

I'm back. Mm, yes. Mm-hmm, yeah.

To give you guys some timelines, um -- and some of you know this already. There's some of you that have followed me so closely, like you know everything, and you'll drop -- like, you'll see little hints or comments, like you know everything.

So I started having medical issues about 2019, um, and, you know, honestly, I was like, you know, whatever. You know, it's just a thing.

Um, and then one thing led to another thing, led to another thing, and it's been progressively getting worse. And I started looking into things, as some of you know who have followed me, and I found some things, as some of you know, and all of my assumptions, thoughts, beliefs, ideas were true.

Um, and this is a sad, sad, sad, sad reality that we live in, is that companies know how to get away with shit, and they don't have to take responsibility for their

shit. That's -- that's just the way that it is.

They're able to say, well, you can't indefinitely know it's because of this, and you can't indefinitely know it's because of that, and it could because of this and it could be because of that. And so they don't have to take any responsibility for blatant actions.

There's a lot of companies out there like this.

And so since I had my eyes opened to product manufacturers who literally don't care what -- the lies they say and the shit that we handle -- like I've been really gung-ho on it, you know? Like, I saw somebody the other day handling this little sipper bottle from Temu. Oh, we love Temu. We buy T -- we buy everything from Temu, and I'm like, that is a child's sippy bottle that you bought from Temu, and like, I get passionate about it now. It's killing people, you guys. It's killing people -- let alone children.

These children have -- of course I don't have to tell you this -- way less body mass. They can't fight off the toxins that you expose them to.

And so you're gonna take plastics from Temu and let your children use sippy bottles from Temu and drink their Kool-Aid from it. Are you fucking kidding me?

Anyhow, I'm so disgusted by the level of greed that's portrayed at the cost of people's lives. And it

comes down to that, right?  I am thankful that the, um -- I'm trying to be super careful with my words, 'cause I have to, and there's many of you here who already know timelines.  You can put two and two together.  You're very wise.  But I'm very thankful for what Washington has done and did.

I'm very disappointed with California's actions. I think that they should be the forefront leader on it, but they're not because people are greedy and selfish and it -- it hurts certain people's pocketbooks if they go after them, right?

And so, Temu -- places like Temu, these things that are shipped in from China with zero regulations, false advertising, it's all out of control.  It honestly is.  And there's a -- a surge of colon cancers, which I've known.  There is, um, an uptick on the percentage of colon cancers in younger people now.  They're finally starting to research more on heavy metals and toxins being the cause.  It's about fucking time.

And specifically with Crohn's disease -- I haven't talked to you guys about that.  I keep on talking about the autoimmune disorder they think I have or they swear that I have.  I don't know if I have Crohn's and colon cancer.  I don't know if it's just the colon cancer. I don't fucking know.  All I know is I'm very sick.

So I just want you guys to be careful, because once it's there, once it's in your system, you can't take it back. There's no going back. Yeah.

Anyhow, this is the first day -- well, they left this afternoon, but they were with me since Friday. It's quiet. It's just me and the dogs. And I've been holding my shit together pretty good, because I am a very strong, resilient person, but there is only so far you can take it.

Um, I've been exhausted. There's times when I sleep 12 hours a day. I've always been an eight-hour sleeper, but I'm also very hyper, and those of you who truly know me, know that I'm a total workaholic, you know?

I mean, come on. I would do 24-hour Live shows. Who does that at any age? You know?

And so the pain, the exhaustion that I have felt in this last year is unprecedented. The sickness. And I thought it was mental exhaustion because school is quite taxing, but now at least it explains it, 'cause I'm like, come on. There's no way that school can be that mentally taxing. It's not like I went from never using my brain to just overusing my brain, right? I'm constantly thinking and doing things. I created my own skin care line, for fuck's sake. Can't be that.

And so it explained a lot. I have -- I'll tell

you some symptoms, so that way -- I just hope that -- no, Sherry, you can't, not -- mm-hmm. No, not this. You can't just detox your body, not when it's poisoned like this. I think that some things help and some things can work, yes. And -- and I'm all for, you know, holistic medicine and I -- I get it, guys.

I'm also very much a realist. I am. I get that there's miracles, but the fact of the matter is the amount of toxins that I surrounded myself with, unbeknownst to me, is a lot. It was -- it was more than anybody else.

Let's get real, right? Let's get real.

Anyhow. My symptoms -- whew. Yeah. Yeah, man, mm-hmm. Besides complete exhaustion. Complete exhaustion.

I have had this last year -- and I -- you guys know this, those of you who have watched me have seen it, and I get that I'm a little chunkier than what I have been. I've actually been dropping weight, and now it's been unexplained weight loss, which is not good.

But I get this lower right debilitating spasming pain in my back, and we thought my hips were -- needed to be realigned. No matter what I did, there was no rhyme or reason to why it came or went. I could be completely fine, I take a step and it makes me want to fall to my knees. And so I knew it had something to do, like it was

on a nerve or something.  There had to have been something.  So I -- I knew something was wrong with me.

When they called and they said they wanted to cancel my colonoscopy, I said like, fuck you are canceling this colonoscopy.  I have had to get it done, I need to get it done.  There is something physically wrong with me. I have to have this colonoscopy done.  I don't care if you do it without meds, you're gonna put a camera up my ass.

So I -- I kept the appointment, and thank God I did, and I did local, so I wasn't put under, so I was able to see everything the doctor saw.  And I saw it right when he saw it.

And before he did the colonoscopy, he said... he said -- he was asking me questions about the pain that I had and what I was experiencing.

And I told him, you know, right lower pain.  When I have my left pain, I know that's diverticulitis.  I was diagnosed with that in 2019.  I know the difference between the diverticulitis and the pain that I have now.

I have lower right pain that is very bad and I have upper right pain that is very bad.  That's what really scares me, is that upper right pain.

And I told him about the other symptoms that I was having, and I told him that I see the blood in the stool and the whole nine yards.

So he said, okay, if I don't see anything, we'll still do blind biopsies.  And I said, absolutely, yes, that's -- I want you to do that.  But he found enough to biopsy.

So when he went in, you know -- I'll just tell you everything.  He saw the hemorrhoid, and I told him, you know, with the hemorrhoid, I thought that that maybe is the reason for the blood in the stool that they kept on finding.  They kept on finding blood in my stool.  So it could be from the hemorrhoid.

And then he found two polyps, and then going down the ascending colon is when he saw the cancer.  And it was big.  Like as soon as it -- the -- the camera came up, he goes, you have cancer.  Like, it was just like that.

And I'm watching it, and I'm like, yes, I do.  And I actually didn't even -- it didn't quite affect me too bad at that moment.  I was just really trying to look.

And he's like, I can't even see around it.  And I could tell it was wall to wall.  So he goes, yep.

And then he dyed it and he biopsied, of course.  He removed the polyps.  And Jo was with me, and he goes, can she come back?  And I said, yeah, of course she can come back, yeah.  So he wasn't there yet, she came back and she's like, what are you doing like right -- wide awake?  And I'm like, it didn't -- the local didn't even

phase me.

Oh, I was just saying today that I hadn't really seen any praying mantises, and right now a praying mantis just flew in.  I love praying mantis.

So when she came in and sat down, I said, I have -- you know, she goes, is everything okay?  She could kind of tell by the way they called her in and I said, no, I have cancer.  And poor Jo freaked out.  I said, it's okay.  They'll just remove it.  And she looked at me like this, and she said, you know.  And I said, yeah, it's on the ascending.  It's on the right side and it's big.  Lost her shit.  But Jo being Jo, she got on the phone right away and -- and -- and lined up the surgeon and lined up -- no, Alicia, mm-mmm -- lined up anesthesia and everything else.  So she was taking care of business right away.

Of course we knew I needed the CAT scan to see.  My thoughts are, it's big.  I know it's big.  I can feel it.  I feel it every day.  Um, we are hoping -- I'm -- part of me thinks that that is applying pressure to the nerve, and that's what's wrong with my back on the -- the right lower side.  I'm hoping that they can just -- they're definitely going to have to dissect the bowel.

So the best-case scenario is that it hasn't spread, um, outside.  The likelihood that it is not in the

walls of the intestine is new, you guys.  The size of this cancer, there is no way it is not in the walls of the intestine.  Oh, don't claim it, Gerry, don't say that, don't -- look it, I believe in the power of prayer. You're not going to pray away the size of this fucking cancer, okay?  It's big.

You could see how big it was.  He couldn't see -- you could not see around it.  They don't know the true size of it yet, they just know it's the entire wall of the ascending colon, which the ascending colon is actually larger than the transverse and descending colon.  So they just know it's wall to wall.  So the likelihood that it's not in the walls of the intestine, that would be a miracle, like honestly, flat out, a miracle, if that was the case.

And I'll tell you guys, I had a CT scan done last year and it showed a little spot in the same -- it showed a little spot.  She's like, this is weird.

And the radiologist thought it was a sign of Crohn's.  She definitely thought it was a sign of Crohn's. They told me I had to go get it biopsied, and stubborn me was scared to death to do the prep.  And I was already having debilitating bowel symptoms, and I should have went and had it biopsied right away, and I didn't.

So a year-and-a-half later, after several more

attacks when I thought I was going to die, literally die, and I was worried about my bowels perforating -- that's how bad the pain has been -- I said, I need to have a colonoscopy done right away, and then that's the time when they tried to cancel it and I said, fuck you if you're canceling this. I just finally was brave enough to do the prep, I am in immense pain and you're going to do this.

So fast forward. So it's not entirely their fault. This is partly my fault for thinking that I could just wish it away and that it's all going to be okay, if I don't get a diagnosis. Don't do that. I'm telling you, don't do that. As bad as -- you know, 'cause we all know the colonoscopy procedure itself is fine. It's the fucking prep, right?

Well, now, knowing what I know, I will do the prep. That's nothing, right? The problem was, my bowels were getting so inflamed and I had so many issues, I was scared to death of the pain I would be in, doing that prep but, you know, it is what it is.

So doing the prep, for me, because of the pain and the issues I was already having, is different than just a regular person doing the prep. It was complete living hell. The pain is hell.

So anyhow, I can pray and wishful think this all day long, but the reality is I'm going to be lucky if -- I

already know it's in the walls.  Like that, I know.  I know it's in my intestine walls.  I'm hoping it's just pressing on a nerve on my back.  I'm hoping that it -- it's not in the liver.  Now, right-sided colon cancer doesn't necessarily spread to the liver.  It'll usually spread to the lungs first; however, that doesn't mean that it doesn't or it won't spread to the liver.

My concern is the upper right pain I have been having, I literally thought maybe it's appendicitis.  I mean, like, all these things are going through my head.  Why do I have this immense pain?

And so one of the symptoms, if you do have colon cancer and it has spread, you will have right upper pain, if it is in the liver.  So we're just going to hope that it's not.  That I do -- I'm still hopeful for.  Hopeful that it's not there, you know, so.

I was lucky enough to get my CT scan tomorrow.  I'm sorry, Christine.  Fuck, I'm so sorry.

So they'll do the lungs, the pelvic cavity and the abdomen for my CT scan, with contrast, of course and we will -- and then I will have an appointment with the surgeon, to get this looked at.  So then they'll be able to stage it.  They'll be able to biopsy the nodes.

The other symptoms I've been having -- so I want to, I guess turn this into a -- a colon cancer -- if I

could save one person from getting it diagnosed early, then that's worth everything, you know?  You hear these stories and you're like, nope, not me, and that's what my niece who loves me to death said, you know, you hear about these stories, but it's never going to happen in your family.  Never going to be our family.  It's definitely never going to be Aunt Gerry.  She's super woman.  She's just super woman.

So please get your colon -- your colonoscopies done, number one, you know.  If you can get those polyps removed -- there were several polyps that I had to have removed too that were not very tiny.  Hot mess express.

And look it, here's the thing:  I am overweight now.  I haven't always been overweight, for those of you who have followed me.  You know, I have never been a stick figure, except for in my twenties, when I was completely anorexic and I was 90 pounds.  Yes, I was anorexic at one point and I was 90 pounds, but I wasn't doing Live shows then.  So I've always been on the chubby side and I'm very plumpy now, for sure.

But I don't smoke.  I very rarely eat red meat. I don't eat a lot of processed food.  I don't have diabetes.  I don't have hypertension.  My cholesterol and lipid panel is a dream.  I am a healthy person.  You're like, bullshit, you're fat.  I am a healthy person.

So all those things that is the primary cause -- a sedentary lifestyle. Y'all know, I don't fucking have a sedentary lifestyle, you know what I'm saying? So a sedentary -- all these things are not me.

I've never smoked a day in my life. Nothing. Not even -- I haven't even gotten high by smoking a blunt. Nothing has ever entered my lungs, ever, never, nothing. I don't vape, I don't smoke -- nothing. I don't hookah -- whatever the fuck it is.

Um, I always had been very low on my red meat because ever since 2019, I've had bowel issues. Gee, I wonder where those came from all of a fucking sudden? Fucking companies don't give a shit.

So -- and that's the other thing -- colon cancer doesn't run in our family. They are going to do the gene markers to make sure I don't have the gene markers.

You could tell that -- the doctor that did my colonoscopy, they always -- they don't -- they downplay it. They don't want to alarm you, and so he was being very politically correct, but he looked at Jo and he said, you're her twin? And Jo said, yes. And he said, get your colonoscopy done, like now.

And that's when I knew. Like I knew it was serious. I could tell by when Jo saw the picture and the size of the cancer, how serious it was, 'cause she lost

her shit. And she's so smart. You know, Jo's brilliant.

And when he did that and he said, do you have sisters and brothers? And I said, yeah. He goes, you need to contact every one of them and tell them to get their colonoscopies done. I knew it was serious shit.

Because it's right-sided. Right-sided colon cancer tends to be more genetic than left-sided colon cancer, on the genetic markers. And so they are going to do the markers, but we don't have anybody in our family that has colon cancer.

I'm just saying, I fucking know where this shit came from. That's all I'm saying. I fucking know where this shit came from. I just want you guys to be aware of what you're purchasing and what you're handling and what you expose yourself to, you know? Yeah.

I don't talk to -- I only talk to my twin and one other of my sisters. I can really give a shit less about the rest of my sisters and brothers. Yes, I'm that person. But, you know, when your brother is a child molester and your other brother is a piece of shit and your sister abused your mother physically and mentally, you tend to not talk to your siblings.

So for the -- the Geraldine Feisty haters out there, of course you don't talk to your brothers and sisters because you're so mean. You're a piece of shit.

No.  I choose not to talk to people who are pieces of shits, which is why my haters hate me, because I've recognized you're a piece of shit.  That's kind of how that goes, you know?  Boundaries, y'all.  Fucking pieces of shits.  So I really can care less about them.

But my sister is getting checked right away. She -- she actually already had an appointment, 'cause she was petrified because she's been having some issues.

And as you know, my twin sister followed in my footsteps.  As you know, for those of you who are good at connecting the dots, connect the dots.  So we're going to go get her looked at this week, as a matter of fact, and hopefully we can -- if anything's there, we can catch it early, right?

And then of course I let my sister Tammy know, but I told her, you know, they're going to do the genetic markers, but I have a feeling it's not going to be -- there's not going to be genetic markers.  I'm not going to have Lynch disease.  There's Lynch disease, where it -- it -- if you have Lynch disease, it is in your family, and right-sided colon cancer that is aggressive -- and yes, this is aggressive -- um, it typically is from genetics and then it typically is from Lynch disease.  My family doesn't have Lynch disease.  I don't have Lynch disease. Nobody in my family has had colon cancer.  Nobody.

Nobody.

Diabetes, hypertension?  Yes, yes.  Cervical cancer?  Yes.  One sister had cervical cancer, okay?  One.  So that didn't even really run in the family.  And that was from HPV, and if you guys know anything about -- HPV -- anyways, it doesn't matter.  That would be a whole nother educational piece for you guys.  This isn't genetics.  This isn't fucking genetics.  Just -- I'm just saying.

It's amazing, you know.  The attorney general should take this shit serious and they should do regulations in states.  They should be regulating this shit in their states.  That's all I gotta say.  You know?

And the -- the little person, the small person tries to fight it, tries to expose it and fight it and educate people.  And companies who have tons and tons of dollars can lie their way, with no penalties, and unless you get a whole army -- again, thank you, Christine -- a whole army together -- and at least Washington took action.  Thank you Washington attorney general.  You're fucking amazeballs.  Thank you for protecting people.  Thank you for protecting the people in that state.

They should care, but it's all about the money, you guys.  It's all about the fucking money.

Thank you.  Yes, Marilyn, absofuckinglutely,

money and politics, Minnie.  Money and politics.

So, I mean, and I do, I -- thank you guys so much for saying, oh, God, you're so strong, Gerry, and if anybody can beat this, it's you.  This year has been debilitating, guys.  I'm getting tired.  I've never felt this way.  And even before you guys started following me, before I got on social media, the shit that I would accomplish was unremarkable, you know?  I'd get on my motorcycle and I'd ride cross country solo every August, and I would ride for hours and hours and hours.  I was just a spitfire, you know?  I mean, so what you've seen here on social media is nothing, compared to my previous life before even being on social media.

And I have zero energy.  Zero.

So get your shit done.  If your doctor recommends a colonoscopy, do it.  Do it.  You know, fuck the prep, just do it.  Fucking suck it up, buttercup, and do it.  Get in there, get those polyps removed, get it looked at, get it treated early.

Usually colon cancer is very slow growing, let me tell you that.  It typically takes about 10 years for it to even form a polyp, okay?  So for them to not see anything on a CT scan, to a year-and-a-half later being at wall-to-wall -- this is wall-to-wall.  This is literally my -- your ascending colon is two to three inches wide.

This is the entire girth of my ascending colon.  And for that to happen in a year-and-a-half is not normal.  That is not normal.

So that's why they say the right-sided cancer, that tends to be that aggressive -- 'cause that's aggressive, it would be like Lynch disease or something or a genetic marker.  But I'll tell you, that -- that -- that's fucking fast.

And I've been having -- I was going to tell you more of the symptoms I've been having.  I've been having symptoms for about a year, and they're progressively getting worse.  I now feel like -- this is what also scares me -- I feel like I have a low-grade fever almost all the time.  That's scary.  The back spasms, that's scary.  The upper right side pain, that's scary.

So, I'm not dumb, by all means.  Anybody who thinks I'm dumb definitely doesn't know me.  By now you should know I do my homework.  I follow up on my homework.  I don't talk out my ass.  I know what the fuck I'm talking about when I'm talking about it.

So we'll see.  We'll see what the CAT scan says.  And if there is a miracle, then it's not in the liver.  And the size of the tumor can definitely cause constant low-grade fevers.  It is what it is, you know.

Yeah, exhaustion.  I'm -- I've been so exhausted,

all the time.  It's just -- it's beyond exhaustion.

There's times -- so at my school, um, you -- you have to take stairs up to your class, which is fine.  So it's like three flights of stairs.  And I'm always -- it feels like all my classes are always on the third story, right?  And you have your books and your backpack.  That is very heavy.  One day I was so exhausted, so exhausted, I literally fell on the stairs and I couldn't get up because I had no strength left.  That's how exhausted I've been.

So -- so just get your shit done, guys.  That's all I'm saying, you know?  I agree, Debbie.  I agree 1000 percent in what you said.  I do.  I take pure pro -- I actually -- I actually have the best type of powdered protein you could get, and it is all natural.  It's very expensive.  It's an -- it's an all natural beef protein, um, that is in a powder form.  It actually kind of tastes like a protein hot chocolate, but there's no added sugars in it, so you have to get accustomed to the taste.  But I'm not -- I'm also not one of those picky eaters who are like, I don't like the taste.  I have to have french fries.  I fucking hate those people.  If you're one of those people, I don't personally hate you, I hate the mentality you have.  I can't do that.  That is so gross.  I don't want to eat a tomato.  It has to be fried.  I'm

not one of those people.

So, um, you know, it doesn't taste great-great, but I can literally drink it like hot chocolate.  So it is like the best type of powdered protein you can get.  It is very expensive.  So yes, I do the proteins.

And it hasn't helped.  I'm just saying it hasn't helped the energy, it hasn't -- it hasn't helped.

It -- find -- looking at that cancer in my colon explains a whole lot of what's been going on, yeah.  Blood in the bowels, yeah.  I bet, Debbie, yeah, you know.

And I'm autoimmune now.  Fucking crazy shit.  You love that voice I use when I mock people?  Oh, my God.  Vegetables are so gross.  I can't do that.  Oh, my GOD.  Can you fry the zucchini, please?  And ranch.  Thank you.  No, it's not me.  You know, come on.  I was anorexic.

The other thing I can't do -- yeah, if you're on -- if you're honestly on the fence of getting a colonoscopy done because you think the procedure's awful, it's not, guys.  A colonoscopy procedure is so simple.  It's the prep that is a living nightmare hell.  It is.  You're going to shit your brains out, right?  Make sure you're by a toilet.  What I did, you know, when I do the bowel preps, I make sure I'm by a toilet.  I have like -- okay, let me give you -- look it, some people are going to be like, peace out, I'm outta here.

Let's get some real talk going on. If you're on the fence on a colonoscopy because you're afraid of the prep and you're afraid of the procedure, don't be afraid of the procedure. Easy-breezy. Promise. I promise you.

Even if they're not putting you completely under and they're just giving you conscious sedation, the procedure is a piece of cake.

The prep is not. It's a living fucking nightmare hell; however, if you do it right, you know, I don't eat -- I don't even eat the day of the prep. I stop eating the day before. So the day of the prep, it's just liquids. I get -- get microfiber towels -- you know like the Costco microfiber -- microfiber towels -- and I get a big stack of them, right? A big stack. I know, Joy. All over it. Joy, all over it. All over it.

And make sure you've washed them. Don't take microfiber towels and take 'em straight from the company and use 'em. Make sure you wash them first, guys. Watch the toxins that are going on around you. I'm just saying, okay?

And then have those ready. And I fold them like it's going to be a pad, but I put it in up -- right up against the butt part, right? So when you start leaking the liquid -- 'cause you'll literally not just leak liquid, you're going to start pouring liquid out of your

anus, which is the point.  You need to be clear.  They don't want to put a scope up there and be blocked by poop because then they can't see what they need to see.  You gotta clear that out, right?  You need to clear it all out.  So if you use those, that helps a lot.

I always have Tucks just in case, but man, I hate using Tucks, 'cause that shit burns at first like a mofo, man.  So -- and then also by the time that you are done with the actual poop part, but even before that, like when it's the diarrhea, I don't care if you have the best toilet paper on earth, the amount of wiping is going to make you raw.  So take the toilet paper and just dab it, right?  Hi, Jo.  Just dab it.  And don't wipe anymore, and that's going to help you a lot.  And then use those microfiber towels and just use them like a pad.

And that kind of also gives you a little bit relief, even though I still -- like, literally you're going to, you know, just shit pure water, but at least that catches it a little bit.  And it's soft.  Super, super soft.  If you do baby wipes, make sure they're alcohol free, Tabitha.  No alcohol.  That's going to dry you and burn you.  So you want to make sure they're alcohol free.  But still, even wiping with alcohol-free baby wipes is going to make you raw.

So -- and I'm telling you this because everybody

will tell you that the prep is a living hell.  It is.  But there's ways that you can make it a little less of a living hell, and treating your little butthole nicely while you're going through all that will be better.

Even with all that, that morning that you have to walk into your colonoscopy, it's going to burn like a mother, but at least you're not bleeding raw because you keep on wiping it with toilet paper, right?

So -- and you know you're good when, you know, you're pooping clear or clear yellow liquid 'cause you got the bile mixed in there and there's no poop remnants, then you're good to go.

But I'm telling you guys, please do not put off doing the colonoscopy because you're afraid of the prep.  Don't do it.  Or if you're afraid -- afraid of the actual procedure.  The procedure is so, so incredibly easy, guys.  Seriously.  That is not a big deal, right?

And I -- I'm going to be gross with you.  You know, for me, that's exit only.  Some people, yo, they go both ways with that.  I'm exit only and I still -- those cameras are so small, don't worry about it.  It's not -- it's not that big of a deal.  You just want to take care of yourself when you're pooping your brains out.

They do have pills now; however, it's not just the fact that they won't pay for the pills -- 'cause

Debbie, I did have somebody that gave me the pills, because the liquid is like blah -- and it's not that bad.

Like it tastes better than what it does -- usually does, but if you're one of those people, like I only -- I don't like the taste of wat -- people.  I don't understand this either.  I don't like the taste of water.  Water grosses me out.

Okay, you're going to have a hard time with the liquid prep, you know, if you're that bougie and that fucking ridiculous -- and I'm being mean now.  If you're that fucking ridiculous, I can't drink water.  No, that's just -- just gross.  Yeah, fuck, whatever.

But it -- it is hard 'cause it -- you know, it's like an electrolyte, so it's like salty, but they have like the lemon flavoring, so it's really not that bad.  Suck it up, buttercup.

But the -- my doctor said we don't offer the pills because of the cost, we don't offer the pills because they actually don't do as good of a job, as far as cleaning you out.  So if you get in there and you have residual poo and they can't do your colonoscopy -- colonoscopy, then you're going to have to do it all over again.  And there is no -- I told Jo -- oh, I take my doctor's word for it 'cause my doctor is freaking amazing -- there is no way on God's green earth I am only

going to halfway shit water and still have poo residual in there. I'm not going to take the chance and do the pills because I don't like the taste of the -- fucking grow up, you know?

So I'm like, oh, no, I'm going to drink that water. I'm going to make sure I'm squeaky clean, like there ain't nothing in there. Nothing in there. Mm-mmm, no. I am not doing this shit again. So don't puss out and only do half of it. Don't do that shit, guys. Just -- fucking just -- and you know what else helps? Is if you get 7UP and like, if you like 7UP -- God forbid you don't like that either, I don't fucking know -- drink 7UP and swallow that and then take the prep and a straw, place the straw farther back -- and refrigerate it -- thank you, Kim -- refrigerate it. Make sure it's chilled. Place the straw father -- farther back after you've dranken a sip. Don't drink half a can of 7 -- you don't want your stomach super full of 7UP and liquid 'cause you're going to make your stomach full of liquid with the prep.

Place the straw a little bit back so it reaches less taste buds -- buds and just drink that shit, then you taste it a lot less and you're kind of still swallowing that 7UP flavor, and that helps a lot too. That whole -- yeah, Sprite, 7UP, Mountain Dew -- whatever your giddy-up is, but make sure it's clear. Don't do Diet -- don't do

Dr. Pepper or Diet Coke or Pepsi, y'all. It has to be clear. Ginger ale, yes. So that -- that helps a lot. Just take a sip of it and then start drinking it. Don't swish it around in your mouth. Don't savor the taste of it or whatever the hell you think you're going to do. Just get it -- get it down. It does help, with the straw because if you're drinking it like this, like from a glass, your whole mouth is going to fill up with it and you don't want to do that, right?

Yeah, Drink the entire prep. You can drink 75 percent of the prep, just as long as you're shitting pure liquid at that point, then you're okay.

You should not mix your prep with Gatorade, Karen Carter. If your doctor said you could, great. I'm not a doctor. But let me tell you, it actually -- you don't want to put anything else in your prep except for the flavor packet because it changes the consistency of what it needs to do. You can take a sip of the Gatorade or whatever else is clear -- not Red Gatorade, people -- clear, clear, clear, clear, clear, clear, and then drink the prep.

But honestly, you know, if your doctor tells you to do it, great. That's cool. But it's really not recommended for you to mix anything else in the actual prep itself and -- and drink it, because it changes the

chemical makeup of what that prep needs to do. But you can definitely take sips that -- in that.

And, you know, that's what I did toward the end because, you know, the taste is not great. You know, it tastes a little salty. It tastes a little like you swam in the ocean, you ate a lemon and then you -- you -- you drink some ocean water. It's gross. But you don't want to mix stuff directly into your prep.

So the other thing, Sherry, I was already positive with all that. So some people had commented -- and I love your comments and I'm not -- you guys can comment anything you want. It's cool. I'm not -- but I can't just do that because I've been showing blood in my stool since forever, since 2020, right? So just doing that's not going to help. I -- I need -- you know.

So if you do an occult test or any of those tests, that's your first thing. And then it gets to a point in your life where they want you to preventively do a colonoscopy. Even if you don't have blood in your stool -- your stool, your -- all of those tests come back fine. If a doctor says, I still recommend a colonoscopy, don't be a Gerry and say, oh, I'm sure it's fine. Fuck the colonoscopy. I'm not doing that shit. Do that shit. Do it.

At this point in my life, I would insist on a

colonoscopy.  I'm like, no, I want you to see if I have any damn polyps in there.  I want you to go in there and visually tell me that my intestines are squeaky fucking clean, period.

So if they're offering a colonoscopy and you have the insurance that's going to pay for it and you have the means to do it.  Do it.  Do it.  Do it.  I'm telling you right now, do it.  Hey, you can still be stubborn like me.  You can.  You can also be sitting here a year from now with a huge fucking mass on the right side of your colon that is wall-to-wall, praying to God it hasn't spread to other organs in your system.  Could.  I'd rather do a colonoscopy and say it looks great.  Hell, there was no reason to do this.  I would take that any day of the week, and do a prep anytime the doctor asks me to, without complaint, after this shit.

So I'm telling you, do your colonoscopy.

Yes, I've been having blood.  I have always had blood.  And I don't know if I haven't had any polyps until recently because I didn't do a colonoscopy a year ago or two years ago, like they told me to, right?  I don't know.

But I've had blood in my stool for as long as I can remember; however, they did do a CT scan and nothing except for a little tiny blip showed up on that CT scan, so.  Yeah.  Mm-hmm.

And I'm supposed to be here pulling orders, and I'm talking to you guys, but it's helped a lot because this is the first time I've sat alone in my thoughts, and I don't like it. I'm not -- I'm not mentally doing okay, and for me to admit that is huge. I've -- I don't outwardly admit to people that I am not mentally doing okay, and I'm not mentally doing okay. I'm not. So I usually am absolutely fine by myself, with myself, in my own thoughts. No problem. I don't -- I don't like it.

Yeah, for real, Joy. So if it just helps one person, just please go get it done. That's all I'm saying. Thanks. Yeah, I agree. It's okay to not be okay. It's okay to not be okay. Yeah.

And if you guys are new to my Live, I'm not one of those people who go on Live and boohoo and bawl like a baby and -- and -- and, you know, hypochondriac and beg for money and -- you know, if -- if you know me, you know me, and if you don't, you don't, but it's very rare for me. I've gotten on and I've cried about things, but out of anger, you know, like, because I'm pissed off at a motherfucker and I'm trying not to run somebody over with my damn car because I'm feisty, hence the name Feisty.

But that's not this. That's not this.

Am I pissed about some things? Yeah. But that ship has sailed and there's nothing I can do about it.

But it's real.  I -- Sherry, you're funny.  Yeah.

And honestly, you guys, my twin and my nieces and my great nieces were here since Friday.  Like this is the first time I've been alone since Friday, so.

So I told Lee and he was silent and I didn't know what was going on, and he reached out to me today -- and I don't think he's doing so good.  I don't.  I don't think he's doing so well.  He's like, I'm trying to hold my shit together.  And I said, I knew -- I know, and I knew it was going to be like that, and I even debated on whether or not to tell him, but I knew he would be mad if I didn't tell him, so I told him.  So I know it's going to be a process for him.

Oh, thanks Ada.  It's hard for me, you guys. It's hard for me to, um, say I need help or that I'm not doing okay, because I'm the one that is always okay.  I'm the one that always achieves and excels and is the best at whatever she wants to try to do and, um...  I don't know, this year has been so bad that I'm tired.  I'm just tired. Tired.  I'm absolutely flipping exhausted.

I'm -- I have to get my -- my printer's been acting funky-monkey.  So hold on.  For whatever reason, it makes me put in the passcode to my Wi-Fi every single time I want to print on my printer, and it never used to do that before.  And it's driving me crazy and I don't know

how to fix it because although I am the master hacker, I can't even figure out how to set up my printer without having to put my Wi-Fi password in it every time I need it. Don't forget, I am the master hacker. Any of you know -- who know me know that's a fucking joke.

Oh, thanks Doreen.

So any of you who are on here, the last time I did a Live show -- not a Live show -- this isn't even a Live show -- a Live chitchat, some people were like, hey, I was messaging you. Did you -- did you not see me? Are you mad at me? Look it, sometimes when I'm live, honestly, I don't see all the comments on here, and I am not -- I -- you know me. I don't deliberately ignore anybody, especially ones that I want to tell off.

So if I'm mad at you and I saw your message, I wouldn't just blow it off, I would probably tell you off. So -- yeah, and Midori is my accomplice. That's even really funnier shit. That is not the case, just so you -- just like me, I can't even set up a printer. Amen, man. Jesus. Thanks, Ada.

But oh, like I was saying, it's so hard for me to just reach out to somebody and be like, can you talk? Like, it's just not me. It's never been me.

But I am learning that sometimes it's just what you need to do. But I'll probably just go live and

chitchat. I don't know what the hell. Why does this happen every single -- and then like usually I'll want to throw something, like when I have to deal with this, but lately I'm so tired I don't even have the energy to get frustrated at shit. Like technical difficulty, I'm just like, whatever. You can ask Jo. It's my attitude, whatever. Oh, the house is burning? Okay. Whatever.

My personality is so much different now. It's insane. I just don't care. 'Cause I have no -- I don't have the energy. I just don't have the energy for it.

I know. I wish chicken dumpling mailed well too. I was telling Jo -- she just bought the most amazing soup the other day -- but I freaking love, um, chicken dumpling soup. I do make chicken -- chicken dumpling soup, but I like -- was it you? So who was -- you -- Stacy, the hacker part low key was my favorite part of the bullshit, right? Master hacker.

Sue, that fricking soup that you posted. So there's a place called Soup Plantation, but back east it's called Sweet Tomatoes, and I don't know if it exists anymore, but they made -- like their noodles were actually like the dumpling part, and your noodles looked just like that. And they had like really thick chicken pieces. And it was my favorite soup ever.

What is wrong with this printer? Please, for the

love of everything holy, just print for me.

Um, and it looked so good. It reminded me of that soup. Yeah, Ada, I agree. Oh, Sue. I'm so jelly. I make good chicken dumpling soup, but I don't know how to make those noodles like that, those thick, homemade freaking noodles that are amazeballs. What the hell, man? Look it. Oh, I know what the problem is. Look, I know what the problem is. I'm not on the correct Wi-Fi, ding-ding-ding-ding. Look. Now it's going to print double. Now it's going to print two of everybody's orders, but you all are still going to get one, 'cause I've done that shit before too. Just saying.

Oh, my God, so my trip -- for those of you who follow me, who saw -- first of all, I'm not going to dog anybody, but for those of you who saw that, I -- oh, my God, see? It's so painful. It's hard for me to just lean over like that on my right side. Oh, my God, the pain.

Um, come on now. You're holding out on me, printer. Print the rest of 'em. You got this. You got this. Oh, it decided to go back off of the Wi-Fi I selected. Asshole.

So I was going to go on a road trip and, um, the new guy that I'm seeing -- a guy friend was taking me on a trip, which was very sweet -- before we found out about the C word, right? And he knew one of my -- he's trying

to -- he's trying to impress me.

He knew -- I had told him one of my bucket lists was the east coast during the fall, and so he wanted to take me to Maine and Massachusetts and New Hampshire.

And so, no, I'm not riding my motorcycle, for those of you who put that. I don't have, you know, any time -- well, now the C word is a big part of my life, but school, I gotta get through school. So I have very little timeframe to accomplish shit. And so of course I'm not going to drive a car, 'cause if I could drive a car, I could ride a motorcycle. But no, we were flying. We gotta fly there, land, rent a car, do a whole bunch of shit in a very short period of time to get back home so I could do school. So even -- even if the C word is not now in the mix of my life, there's no way I would've had time for a car trip, right?

Oh. So no, of course it wasn't driving. I wish. I do love to drive. This -- this -- this is just -- this Wi-Fi is just on my last nerve.

Bar harbor. But here's the thing, I don't want to really make any mental plans because if I can get surgery -- we have to do surgery as soon as possible, guys. Like, that's no shit. You know, as soon as I can get the CT done and they can see these imaging, then as soon as he says, okay, let's do surgery, my ass is on the

table and getting the shit cut outta me.  Like do it.  Do it.  Do it.  So I need to get it done as soon as possible so that might ixnay my trip, so I'm just going to have to bucket list that.  If he does not schedule the surgery for that timeframe, yeah.  I don't care how much pain I'm in. I don't care if he has to went -- rent a wheelchair, my ass is going back east and doing a bucket list.

Um, but surgery comes first.  I need to get it done ASAP.  Yesterday.  I need to get it done now.  Now. Now.  So I might not be able to go.

So Ada, they said that the -- Wendy, have you said hi yet, woman?  They said that Pennsylvania does not -- there's not as bright as it usually is because the rainfall was low.  I didn't care, 'cause I don't know what it normally looks like, so I have nothing to compare it to.  It's so strange.  Like I would ride my motorcycle cross country, but never during the east be -- the winter -- the fall time because the weather is more shitty.  So I'd always go in August, for a couple reasons. Most of the major motorcycle rallies are in August.

But also you're on your motorcycle, so it's not like you want to just purposely ride into hurricanes, you know.  Just saying.

So I've never been back east during the fall.  I have -- you know what?  That's a lie.  I have been.  I've

been in Minnesota during the fall. Oh, my God, I have pictures of it. It was beautiful. I forgot about that.

But that was Minnesota. Let's get real. Blah.

I want like the real thing, right? I want Massachusetts and Maine and -- and -- and New Hampshire. I want Rhode Island. I want the -- I want the real shit.

Yeah, I love the pulpish. You know, actually Pax has known I have not been feeling good. Pax knows. Pax is a really smart, intuitive dog. Gun, not so much. Gun just wants my attention. He's -- because he's a puppy, he's self -- he's self-indulgent, but Pax has known. Like Pax -- I know, when Pax is sleeping on my head, he knows I'm not feeling good. He has known. Dogs smell that shit. You know dogs can smell cancer? They actually train dogs to sniff out cancer. Did you guys know that? So Pax is like woman, your smell is funky. Your smell's off. I smell that cancer. No, you could tell. You could tell. He -- he's been awful strange around me.

It snowed around you last weekend? Buffy, where are you from? Oh, my God. This is driving me up a effing wall right now. Seriously. Emmaus? Emmaus? Bushkill Falls. Has Wendy said hi? I see that Wendy's here. Has she said hi, y'all? Oh, yeah, for real, Doreen. Yes. Yes and yes. Oh, there we go. There's Wendy. I put your t-shirt on the one -- oh, yeah, yeah, yeah, cut it -- oh,

my God, how cute, Wendy. There you go. Hey, Wendy.

Um, let me see if I can get this to print with this. This is driving me crazy. I'm so over this effing printer. It used to never be like this, and then all of a sudden something happened, where it makes me put in this code all the time. Okay, let's see. Let's see if I can get 'em all to print. I gotta get this shit done. Reboot? Dude, I've tried everything. Fucking shit. I -- I gotta pee, is what I gotta do.

And my house has three Wi-Fis because it's so big. But the Wi-Fi down here is actually like the -- Gary, you're going to laugh at me 'cause I don't know what the fuck I'm talking about, even though I am a master hacker -- like a direct cable, so that way I don't have to worry about Wi-Fi outages for the business.

But I don't know what the fuck is going on that -- I mean, it works fine, but for whatever reason, the printer doesn't want to just automatically print from my laptop anymore like it used to. A new printer. Fuck that, I ain't getting a new printer. Fuck that shit.

Niagara Falls -- oh, how nice, Ada. Niagara Falls of Pennsylvania. Nice. All right, so let me do this: Tina, how are you? How are you, Tina?

I hate this shit. Oh, I have to explain to you the ma -- actually, some of my people here can explain to

you the master hacker bullshit.  It's a security major called two -- I got that.  I definitely got the two factor shit.  I understand that.  But it never used to be like that, and for whatever reason, like even on my laptop, it kicks me off of the specific Wi-Fi that I use that's connected to down here, for my business.  I don't fucking know.  I don't know.  Just drives me crazy.

Okay, I have -- I have paper.  That's another major malfunction that happens sometimes is I forget to check to see if I have paper, but no fear.  I have paper.  So we're good there.

Hey, Gary.  Charles -- Charles reached out to me. He has been actually reaching out to me.  He private messages me.  Hi, Selena McLeod.  So frustrating. Technology is so frustrating.  So irritating.

But it's sweet.  I mean, he -- he read my post about cancer and he messaged me.

I wish that y'all just got along and didn't fight over stupid politics, 'cause politics are not worth it. Politics are fucking ridiculous.

See, it keeps kicking my -- my laptop keeps kicking me off of my business network.  Fucker.  Why does it do that?  Oh, you guys are good now, Gary?  Oh, good. Motherfucker.  You are lucky that you grew up with us, you fucker.  Don't even start with me.  You know back then

when you were afraid of me? I will still kick your ass. Jerk. Yeah, Gary grew -- we had like a group of us that grew up together, and Gary was part of that clan, you know. You know like the "it" kids from the Stephen King movie It? That's what we were. We were like the "it" kids.

I am getting so -- you know I said like things don't make me mad anymore? I'm now getting pissed. I say -- well, I usually say "Johnny." I don't know why. I mean, just 'cause I think he prefers "Charles." I don't know. Oh, I'm so pissed. I'm so irritated right now.

Oh. Okay, Kelly. I might go so I can halfway focus on this shit because I gotta get this done.

Too many connections. It's fucking funny.

Yeah. Let me go. I gotta go. I gotta pee. It says it's connected. Right here, it says "connected." It says it's fucking connected. I gotta pee, and then I'm going to -- yep, okay. I'll do that, Tina.

And then I'm going to print this shit out and see what I can do. Fucking bullshit. Bullshit.

Can you take the laptop to another? No, that's not the problem. Night, y'all. I gotta go pee and I'll figure this out.

So now you guys kind of know, okay, when -- if you get done by the time I'm done, I can include it.

Um, you know what else is going on with me. Fucking bullshit.  Just life.  It's fucking bullshit, man.

Oh, my God, it's printing.  Who prayed for me? Ashley, did you pray for my printer right now?  Holy shit. Holy shit, it's printing.  Oh, it stopped.  Damn it.

I -- I'm -- I'm honestly not making fun of Christians.  I am a Christian.  But if I was one of those Bible Belt Christians right now, I'd say the devil's attacking me.  The devil is attacking me and attacking my printer, y'all.  The devil is attacking my printer.

I'm just -- look it, I know y'all think I'm an asshole when it comes to that.  I do.

Prayers for the cancer, I gladly take it, because right now I think the only thing that is going to make this happen is a miracle.  I'm telling you.  The cancer's fucking big.  I feel it in me.  I know the -- I know the symptoms I'm having.  So don't pray for my printer, pray for my cancer, and we'll take care of the devil attacking my printer.  We'll take care of that.  I got that.  We'll take care of that.  But yeah, I know.  I'm not being a dick.  I know.

Oh, hey, Dr. Nicole.  How are you?  I know, right?  It's like people are just so fucking serious.  I swear.  Thank you, Ashley.  Do they all sound like that? The printers or the Bible Belt people?  No, I never say

y'all about anything, right? I -- and I -- my whole last Live, I literally lost followers because I was chastising the people who say: All those lefties have hate in their heart and they're killers, right? When you take a group of people and you label them like that, you are polarizing yourself and you're putting people in a nice little box because it's easier for you and your thought process.

You don't want to think for yourself. You want people to dictate and label people so that they can manipulate you and your thoughts without you thinking for yourself. Okay?

So I would never say, all people on the Bible Belt say that, right? But I'm saying there is some radical Christians out there who is a little off the cuff: I will pray for your printer. God don't care about my printer. I hope God cares about my cancer, but he don't care about my printer, girl. No, you don't have to pray for my printer. You don't have to pray for the corn on my toe. You know, like God's got bigger shit. You know what I want you to pray for? The President of the United States. That's what I want you to pray for, you know? Seriously. Pray for Korea. Let's do that. Let's all pray for Korea, you know. Let's do that.

But when the Bible Belt people are like, Gerry, the devil's attacking you so your printer don't work. No,

girl, no.  The devil's got bigger shit in mind.  Like, if a printer's going to take me down and the devil's able to attack me by my printer, I got some bigger issues than that.  So that's all I'm saying.

And, you know, if it rubs you the wrong way that I say this, because this is how you are, maybe just if I say something that offends you, it's not me, it's you.  Just saying.  I know, there is an extreme on everything out there.  Thank you, Wendy.  No one's better than another.  Absolutely.  Thank you, Ashley.  Thank you.  Exactly, Sue.  Exactly.  And you know I love you like a sister, so I -- so I never say -- I don't, I don't.  It's just easy to say "Bible Belt people" just, you know -- and I shouldn't say that, I'm sorry, but not all Bible Belt people are radical fanatical Christians.  They're not.

And it just cracks me up.  And the ones that really crack me up is, you know, the ones that use Christian -- Christianity to excuse their actions, and then to gaslight everybody else with their actions, and they're above it because they're Christians.

You know, if you know me, you know I don't like you.  I'm sorry.  If you're a gaslighting Christian and everything you do, God's got your back and you're forgiven but nobody else is, and the power of your prayer is going to make somebody else better, I got an issue with you.

Being honest.  You got some issues.  You got some issues.  And I don't like you.  Got some fucking issues.

So I hate that.  I can't stand that.  And y'all know -- you know what I'm talking about.  You know what I'm talking about, right?

God knows I cheated on my husband, but he know the situation and I'm forgiven 'cause I'm a Christian, girl.  Girl -- girl -- I'm a -- I'm a Christian woman and God has forgiven me.  Oh, my God, that pink, how dare you wear that?  Oh, girl, I'll pray for you.  I'll pray for you and your bad choice of hats.  Oh, oh, that's atrocious.  Girl, that's atrocious.  You should be so embarrassed with yourself.  I'm forgiven.  He'll forgive you too for your bad choice in hats.

This is what I can't.  I cannot.  When you take your faith and you wrap it around your life and you gaslight others with it, I have an issue.  I do.

Holy Spirit, activate.  Holy Spirit, activate.  Come on, guys.  Come on.  Bless your heart.  You know?

Yes, Sue, exactly.  Exactly.  I'm forgiven, but I'm a better Christian than you and I know you're going to hell.  I'll pray for your soul, girl.  I'll pray for your soul, 'cause, you know, you're not showing up at Bible study on Wednesday and I -- you know, maybe God knows your heart better than I do -- and I'm not judging, but I'm

just saying, mm, mm, mm, mmm.  You know, those.  Those. Those.  I can't with you.  Can't.

Oh, my God, she said the F word.  Forget that I was fucking my neighbor yesterday, but that girl just dropped the F bomb.  I'm -- oh, whew -- we gotta pray for her.  Oh, we gotta pray for her.  She got issues.  Girl, she got issues.  Mm.  Ooh.  God knows my heart.  My husband deserves to be cheated on, but that girl, she need to watch her mouth, that she's going to hell.  She's going to hell.  She's got the devil.  The devil is all about. Pray.  Can't even work her printer.  That devil's attacking her right and left.  Mm-hmm.  Oh, shit.  I know, right?

I know, right, Sharon?  Make it make sense.  Make it make sense.  And here's the thing, guys -- here's the thing:  If you actually -- there's so many Christians out there who say these words and they honestly like haven't even cracked open their damn Bible.  You know what I mean?

Like, you know, their bibles have cobwebs on them, but they're talking about praying and saving your soul, and they don't know scripture from their ass, right? And that's a problem.  That's a huge issue.

How about shutting your pie hole, opening up your Bible and reading it before you want to talk about how you're going to pray for somebody else's soul because

they're not acting in the manner that you want them to or they're not kissing your ever-loving ass, or whatever it is that's going on, right?

Or they don't, you know -- they don't drink the Kool-Aid with you on Sundays, or whatever your fricking issue is. How about that? And that's the issue that I have with it.

But if you are honestly a spiritually sound person who has some scruples about you and you're sincere, thank you for your prayers. Thank you. If you're not, start praying for yourself and open up your fricking Bible. 'Cause I can tell you, I could probably outverse you any day of the week. With this sailor shit that comes outta my mouth, there's something that I know, and it's biblical scripture. Oh, my God. Say it ain't so. Right?

And it's so funny. All these people on here who have judged me for years: I know you're not a Christian woman, Gerry, but I'm praying for you. Who said I wasn't Christian? Because I say "fuck"? Because my name is Feisty? Because I ride a motorcycle? Because I will tell you to fuck off and eat shit and call you on your -- your hypocrisy, that makes me not a Christian?

Yeah, devil's -- I mean, you know, the devil does his things, that's for sure. Attacking my printer's not one. There's bigger issues. And so when they say that

all the time, like, oh, I woke up this morning with a headache and the devil's attacking me.  Come on, man.  Come on.  Come on now.  Stop.  Just stop.

Even my issues that I have are not -- there's bigger issues out there with more people, for sure, right?

So the people who are sincere and they say that they're praying for me, I appreciate it.  I do.  And I -- I do believe in the power of prayer.  I do.  Honestly, I do.

Right?  Remember the last time I was Live, you know, it is just so -- exactly.  I agree, Jenny.  And I don't even like to walk around and tell people I'm Christian because I do say the F word, and I'm not very low key, right?  Like, how could you be Christian?  Well, yeah, how could you be Christian, not open your Bible, say you're praying for everybody?  You can't even get your own shit straight, you know?

But just because it's so convoluted.  It's so convoluted.  And I think anybody can believe anything.  Just be a good person.  That's all.  Just be a good person.  How about that?  How -- let's start with that.  How about that?

Yeah.  Thank you, Shari.  I totally, totally agree with you, 1000 percent.  Look it, man, I'm going to lose followers left and right.  The last time I went Live,

we talked about politics.  That was great.  That was lovely.  And now I'm talking about this.

I knew the devil was in that girl.  Shit, I knew the devil was in that girl.  Thank you, Pauline.  I appreciate that.

Okay.  My ass has to figure this out before I throw my laptop.  So let me go figure this out so I can print your order -- I can get your orders.

Yes.  Be bold in your relationship with Christ.  I like that.  I like that.  And here's the other thing: This is it, Dr. Nicole, here's the thing:  Is be bold in your relationship with Christ, but don't put others down to make it seem like your relationship with Christ is better than theirs.  That's the problem, right?

You know, they feel like they need to attack other people's beliefs and how they handle their lives, to gaslight it and turn it around to say, look at how good of a Christian I am, compared to her.  Honey -- honey, if you're doing that, if you are doing that, you need to think twice about the relationship you have with Christ, period.

I don't got tech support.  Are you -- are you kidding me?  So that's the issue that I have, for sure.

Okay, I'm going to go.  I'm going to leave. Going to leave now.  I love Catalina Corona, man.  She

cracks me up. She's so funny. Thanks for cheering me up, you guys. Yes, I'm going to throw holy water on my printer as we speak. Thank you, Tammy. I appreciate it.

Um, I'll give you an update when I -- no, they're not supposed to do that, Sue. I'll -- but that's what's -- that's what goes on, right? I'll give you an update when I talk to my surgeon, and you guys will know what's up, what's up. I -- you know, you guys knew -- I told you I'm usually a very private person. I debated on whether or not I was going to tell people that I had cancer. I felt in my heart of hearts it was the right thing to do so that I could possibly talk somebody into doing the right thing with their health, if you're on the fence, right? So if just one person could take it serious and not be in the situation, then it was worth it.

Someone had told me she had -- Jenny -- someone had told me, wow, you're brave with all your haters out there, you know? And you guys know that I let my haters get to me for a time being, and I still have a little bit of PTSD to that -- with that, for sure.

But honestly, the haters I have who still focus on me -- yo -- if that's what gets them through life, you know what I mean? Peace be with you, 'cause that's -- that's lonely. I still -- I don't know what they're doing, I don't care what they're doing. I don't -- I

don't spend my energy on it.  I don't care.

Quite frankly, the whole group of the haters, their whole life was focused around -- because they had nothing else to do.  They've never achieved anything great.  They don't love themselves, let alone love anybody else around them.  They're not happy unless everybody else is miserable -- and I've seen it time and time again.

So I don't have cancer.  Yes, Jenny, I do have cancer, babe.  You cannot just speak positive and it goes away.  I have cancer.  There's -- that is no ifs, ands, or buts, honey baby cakes.  I have cancer.  It is a very big cancer. Mm-hmm.  It's there, hon.  It's -- that's -- it's real.  Mm-hmm.  So yeah, I do.  I do, I do, I do.  We just have to find out what stage it is.  That's all.

I mean, that's not all.  We have to find out what stage it is, then we have to treat it -- I mean, you know, but the next step is truly finding out what stage it is.

I know, right, Sue?  I don't do anything small, not even cancer.  Ain't that the truth, Pauline?  Jesus. Yes, Nicole, you do.  I'm not even going to tell you no. Yes.  You need to fly out to me.  I will pick you up from the airport and you can just move in with me for a little bit.  That would be amazing.  Yes, please.  Absolutely. 1000 percent, yes.  I have a house big enough.  You can have your own east wing.  You can have your own floor, if

you want.  Yes.  Yeah.

But guys, I do.  I do.  I can't -- this isn't, oh, I have this thing right here, and I think it's cancer.  No, Jenny, I have cancer, babe.  I know.  And I -- and I -- I love you guys who are like, don't say it, don't claim it, but me sitting in front of a phone saying, I don't have cancer, I don't have cancer, God tells me I don't have cancer -- I'm -- I'm sorry, that's not -- that's not going to work.

Now, we can pray that the cancer hasn't spread.  We can pray that my bowel doesn't perforate before they can get it out.  We can pray that it hasn't reached my liver and that it's not in my bloodstream, but I have cancer.  There's no going back from that.

If they go in there and the cancer is gone, that was a miracle.  But honey, I got cancer.  My cancer markers are high.  It be cancer.  You should have seen it, staring back at me.  It was like so big, it literally had a neon sign on it that said, "Open for business.  I am cancer," okay?  I'm just saying:  Hello, Feisty.  Welcome home to cancer.  Like, seriously, it's -- it's there.  It's cancer.

Yeah, totally, Dr. Nicole.  Totally.

Hello, Feisty.  I am cancer.  We are open for business.  That's what it was saying, with the neon sign:

Open, Open.  No doubt about it.  No second-guessing it.

The doctor's like, well, you have cancer.  I'm like, yes, I see it.  Definitely.  That's exactly what that is.  Yes.  Yes, Gary.  I'm a realist.  Yes, I am.

Holy shit, Pauline.  I don't think I knew that about your bowel.  Holy crap.  Jesus.  It's right-sided colon cancer, Fonda.  That's all I know right now.  And it's big and it's aggressive.  That's all I know.

I'm getting CTs done tomorrow, and then after that I see the surgeon.  So we'll see.  We'll see what happens.  We shall see what happens.

Right-sided colon cancer is worse than left-sided colon cancer.  Hmm.  So let me go so I can throw my laptop and I can throw holy water on my printer.  No, I am going to unplug it and plug it back in.

So, I do love you guys.  I am very, very thankful for the support that I have.  I'm thankful for the support system.  I'm so thankful for my twin sister.  You have no fucking idea.  I couldn't imagine life without my twin.

I'm thankful for my niece.  I'm thankful for my great nieces.  I love them to bits and pieces.  They're just so amazing.  And I'm thankful for my family, my social media family.  I know some of you more than others of you, for sure.  And for those of you who've always sat quiet, but always thought good thoughts and cheered me on

from the sidelines, I appreciate it.  I always will.

And so I decided to -- I won't always be sad.  I will be on here.  I've tried to think of ways I could make my cancer journey kind of comical for you, but if you know, if I can't make it comical, I will make it sarcastic.  I will.  I will turn my cancer chapter into sarcasm because that's what I do best, sarcasm.

So I -- you know, I don't want -- if you've gone through this or your family has gone through this, I'm sorry.  For sure.  For sure.  I mean, nobody's -- grief is bad, but the only way that you can truly empathize, truly empathize with somebody else's grief is when you have to go through it yourself, you know?  And I've been through the hysterectomy, I've been through endometriosis, I've been through infertility.  I was a habitual aborter -- not meaning that I aborted myself.  My body would abort my pregnancies, so I know what that's like.  I've gone through a lot, to where I can completely empathize.

Cancer was never one of them, although I've worked with oncologists and I know a lot about cancer.  I always had a feeling that one day I would get cancer -- and I don't know why -- but here it is.  Here's my cancer chapter, in all its glory.

So I will bring it to you page by page, with a whole lot of sarcasm.  But I'll let you know, as soon as I

know.  And thank you, everybody, honestly.  Thank you.

Gail, I'm so sorry.  So sorry.  I can't -- we all have -- just, you know, we all have trials and tribulations in our lives, and sometimes it's hard to see past what you're going through, um, and I -- I'm -- I am trying to stay positive because I could be going through -- through this and be alone.  I could be going through this without hundreds of messages on my Facebook page and the support that I have and the people who've been by my side for the last seven years, right?  I am so incredibly lucky for that.  I'm so lucky to have friends that are, like, there no matter what, you know?  They're reading my Facebook, they're calling me, they're messaging me.  They're like, what the fuck?  Oh, my God, right?

Life is a journey.  And you never know what somebody's going through.  So in your heart, if you feel that you need to reach out to somebody to just say hi, don't second-guess why you're having that thought, you know?  I do that.

I did that with Gary the other day.  He's like, well, something made you think of me.  Why?  I said, I don't know why I'm thinking of you, but I'm just telling you hi, I'm thinking of you.  So do that with people.

Because if it's on -- if it's on your heart to say hello, and you have no idea why, just do it.  And I

can tell you that they're going to appreciate it as much as you -- and I had to learn that the hard way. I never -- I -- I'll be honest, before I close out, I'll tell you this: I've never wanted to burden anybody. I'm like this with my family. When I have issues, I push people away because I don't want them to have to be burdened by my issues. Very private. I'll deal with it myself. I got this. When I broke my foot, I'm like, get the fuck away from me. I can deal with it. I can drive myself. I'll deal with it. Right? Leave me alone.

And that -- I just -- I don't want to be a burden on anybody. But I will tell you that God does work on you and it's -- you know me, I'm not preaching to anybody, but God will work on you spiritually, for sure, and he will humble you, and I'm definitely humbled to the point to where I can tell you I can't do this alone. I can't.

The moment Jo left and my nieces left and I was in this house by myself -- I can't do it alone.

And I'm the furthest person ever to say I can't do something by myself. This I can't do alone. I'm tired, guys. I'm tired and it's painful and it's already painful and it's been painful for a year. And I have been slowly breaking down, just with the symptoms that I've had leading up to this.

And so it's going to be a journey, for sure.

But there's people out there who don't get to this point, who don't say, I can't do this alone. And you know what? Force yourself on them. Force yourself on them, even if they're mean to you -- 'cause trust me, that was me. I would be mean to somebody just to -- I thought I was being the -- the better person to -- to be mean to them, to make them go away, to put up my walls so I didn't have to put anybody out or I didn't have to burden them.

And they're not mean to you because they don't like you, they're mean to you because they have their walls up, not because they don't even trust you. They just honestly are prideful. They're prideful. They don't want to burden other people.

And I am taking all the help I can get. I'm taking all the support I can get. My twin says I'm taking time off and going to every appointment with you. I don't say, no, you don't have to. I say thank you. Yes, please, and thank you.

That's never me. That is never me.

So, um, do that with others. Do it with others.

Because even if they pretend like they don't need you, they do. So if somebody wants to come to my house and pull orders for me, please do it.

I'm dying. Oh, shit, I'm dying. Okay.

I love you guys. I will talk to you soon and

I'll keep you posted, kay?  Kay.  Loves, hugs.

Bye.  Be nice to each other.

(End of recording.)

C E R T I F I C A T E

        I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

        I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 10th day of November, 2025.


                          _____
                          TERRI NESTORE, CSR 5614, RPR, CRR

**1**

**10** 18:21

**1000** 20:12
47:24 50:24

**2**

**2019** 14:11

**2020** 28:14

**7**

**7** 26:17

**75** 27:10

**7UP** 26:11,
12,18,23,24

**9**

**90** 13:17,18

**A**

**abdomen**
12:20

**abort** 53:16

**aborted**
53:16

**aborter** 53:15

**absofuckingl
utely** 17:25

**absolutely**
8:2 30:8
31:20 43:10
50:23

**abused** 15:21

**accomplice**
32:17

**accomplish**
18:8 35:9

**accustomed**
20:19

**achieved**
50:4

**achieves**
31:17

**acting** 31:22
46:1

**action** 17:20

**actions**
43:18,19

**activate**
44:18

**actual** 23:9
24:15 27:24

**Ada** 31:14
32:20 34:3
36:11 38:21

**added** 20:18

**admit** 30:5,6

**affect** 8:16

**afraid** 22:2,3
24:14,15
40:1

**aggressive**
16:21,22
19:5,6 52:8

**agree** 20:12
30:12 34:3
47:11,24

**airport** 50:22

**alarm** 14:19

**alcohol**
23:21,23

**alcohol-free**
23:23

**ale** 27:2

**Alicia** 9:14

**amazeballs**
17:21 34:6

**amazing**
17:10 25:25
33:12 50:23
52:22

**Amen** 32:19

**amount**
23:11

**ands** 50:10

**anesthesia**
9:14

**anger** 30:20

**anorexic**
13:17 21:15

**anus** 23:1

**anymore**
23:13 33:21
38:19 40:8

**anything's**
16:13

**anytime**
29:15

**appendicitis**
12:9

**applying**
9:20

**appointment**
12:21 16:7
56:16

**army** 17:18,
19

**ASAP** 36:9

**ascending**
8:12 9:11
10:10 18:25
19:1

**Ashley** 41:4,
24 43:10

**asks** 29:15

**ass** 19:19
35:25 36:7
40:1 45:21
46:2 48:6

**asshole**
34:21 41:12

**ate** 28:6

**atrocious**
44:12

**attack** 43:3
48:15

**attacking**
41:9,10,18
42:25 45:12
46:24 47:2

**attacks** 11:1

**attention**
37:10

**attitude** 33:6

**attorney**
17:10,20

**August** 18:9
36:19,20

**Aunt** 13:7

**autoimmune**
21:11

**automatically**
38:18

**awake** 8:25

**aware** 15:13

**awful** 21:18
37:18

**B**

**babe** 50:9
51:4

**baby** 23:20,
24 30:16
50:11

**back** 8:22,23
9:21 12:3
19:14 26:14,
16,20 28:20
33:19 34:20
35:13 36:7,
24 39:25
43:23 51:14,
18 52:15

**backpack**
20:6

**bad** 8:17
11:3,12 25:2,
15 31:19
44:11,14
53:11

**Bar** 35:20

**bawl** 30:15

**beat** 18:4

**beautiful**
37:2

**beef** 20:16

**beg** 30:16

**beliefs** 48:16

**Belt** 41:8,25 42:13,24 43:13,14

**best-case** 9:24

**bet** 21:10

**Bible** 41:8,25 42:12,24 43:13,14 44:23 45:18, 24 46:12 47:15

**bibles** 45:19

**biblical** 46:15

**big** 8:13 9:11, 18 10:6,7 22:14 24:17, 22 35:7 38:11 41:16 50:11,24 51:18 52:8

**bigger** 42:19 43:1,3 46:25 47:5

**bile** 24:11

**biopsied** 8:20 10:21, 24

**biopsies** 8:2

**biopsy** 8:4 12:23

**bit** 23:16,19 26:20 49:19 50:23

**bits** 52:21

**blah** 25:2

37:3

**bleeding** 24:7

**Bless** 44:19

**blind** 8:2

**blip** 29:24

**blocked** 23:2

**blood** 8:8,9 21:9 28:13, 19 29:18,19, 22

**bloodstream** 51:13

**blow** 32:16

**blunt** 14:6

**body** 53:16

**bold** 48:9,11

**bomb** 45:5

**boohoo** 30:15

**books** 20:6

**bought** 33:12

**bougie** 25:9

**Boundaries** 16:4

**bowel** 9:23 10:23 14:11 21:23 51:11 52:6

**bowels** 11:2, 16 21:10

**box** 42:6

**brains** 21:21 24:23

**brave** 11:6 49:17

**breaking** 55:23

**bright** 36:13

**brilliant** 15:1

**bring** 53:24

**broke** 55:8

**brother** 15:19,20

**brothers** 15:3,18,24

**bucket** 35:2 36:4,7

**buds** 26:21

**Buffy** 37:19

**bullshit** 13:25 33:16 39:1 40:20 41:2

**bunch** 35:12

**burden** 55:4, 11 56:8,13

**burdened** 55:7

**burn** 23:22 24:6

**burning** 33:7

**burns** 23:7

**Bushkill** 37:21

**business** 9:15 38:15 39:6,22 51:19,25

**buts** 50:11

**butt** 22:23

**buttercup** 18:17 25:16

**butthole** 24:3

**Bye** 57:2

---

**C**

---

**cable** 38:14

**cake** 22:7

**cakes** 50:11

**call** 46:21

**called** 9:7 33:19,20 39:2

**calling** 54:13

**camera** 8:13

**cameras** 24:21

**cancel** 11:5

**canceling** 11:6

**cancer** 8:12, 14 9:8 10:2,6 12:4,13,25 14:14,25 15:7,8,10 16:21,25 17:3 18:20 19:4 21:8 37:14,15,17 39:17 41:13, 18 42:16 49:11 50:8,9, 10,11,12,19 51:3,4,7,8,

10,14,15,16, 17,20,21,22, 24 52:2,7,12, 13 53:4,6,19, 20,21,22

**cancer's** 41:15

**car** 30:22 35:10,12,16

**care** 9:15 16:5 17:23 23:10 24:22 33:9 36:5,6, 14 41:18,19, 20 42:15,17 49:25 50:1

**cares** 42:16

**Carter** 27:14

**case** 10:15 23:6 32:18

**CAT** 9:17 19:21

**Catalina** 48:25

**catch** 16:13

**catches** 23:19

**cavity** 12:19

**cervical** 17:2, 3

**chance** 26:2

**chapter** 53:6, 23

**Charles** 39:12 40:10

**chastising** 42:2

cheated 44:6 45:8

check 39:10

checked 16:6

cheered 52:25

cheering 49:1

chemical 28:1

chicken 33:11,13,14, 23 34:4

child 15:19

chilled 26:15

chitchat 32:9 33:1

chocolate 20:18 21:3

choice 44:11, 14

cholesterol 13:23

choose 16:1

Christ 48:9, 12,13,20

Christian 41:7 43:18, 22 44:7,8,21 46:17,19,22 47:13,14,15 48:18

Christianity 43:18

Christians 41:7,8 42:14 43:15,20

45:16

Christine 12:18 17:18

chubby 13:19

claim 10:3 51:6

clan 40:3

class 20:3

classes 20:5

clean 26:6 29:4

cleaning 25:20

clear 23:1,4 24:10 26:25 27:2,19,20

close 55:3

coast 35:3

cobwebs 45:19

code 38:6

Coke 27:1

colon 8:12 10:10,11 12:4,12,25 13:9 14:14 15:6,7,10 16:21,25 18:20,25 19:1 21:8 29:10 52:7, 12,13

colonoscopie s 13:9 15:5

colonoscopy 11:4,13

14:18,22 18:16 21:18, 19 22:2 24:6, 14 25:21,22 28:19,21,23 29:1,5,13,17, 20

comical 53:4, 5

comment 28:12

commented 28:10

comments 28:11 32:12

companies 14:13 17:16

company 22:17

compare 36:15

compared 18:12 48:18

complaint 29:16

complete 11:22

completely 13:16 22:5 53:18

concern 12:8

connect 16:11

connected 39:6 40:16, 17

connecting

16:11

connections 40:14

conscious 22:6

consistency 27:17

constant 19:23

contact 15:4

contrast 12:20

convoluted 47:18,19

cool 27:23 28:12

corn 42:18

Corona 48:25

correct 14:20 34:8

cost 25:18

Costco 22:13

country 18:9 36:17

couple 36:19

crack 43:17

cracked 45:18

cracks 43:16 49:1

crap 52:6

crazy 21:11 31:25 38:3 39:7

cried 30:19

Crohn's 10:20

cross 18:9 36:17

CT 10:16 12:17,20 18:23 29:23, 24 35:24

CTS 52:9

cuff 42:14

cut 36:1 37:25

cute 38:1

---

**D**

dab 23:12,13

damn 29:2 30:22 41:5 45:18

dare 44:9

day 9:19 11:25 14:5 20:7 22:10, 11 29:14 33:13 46:13 53:21 54:20

deal 24:17,22 33:3 55:7,9, 10

death 10:22 11:18 13:4

debated 31:10 49:9

Debbie 20:12 21:10 25:1

**debilitating** 10:23 18:5

**decided** 34:20 53:2

**deliberately** 32:13

**descending** 10:11

**deserves** 45:8

**devil** 41:9,10, 18 45:10 46:23 48:3,4

**devil's** 41:8 42:25 43:1,2 45:11 46:23 47:2

**Dew** 26:24

**diabetes** 13:23 17:2

**diagnosed** 13:1

**diagnosis** 11:11

**diarrhea** 23:10

**dick** 41:21

**dictate** 42:9

**die** 11:1

**Diet** 26:25 27:1

**difficulty** 33:5

**ding-ding-ding-ding** 34:9

**direct** 38:14

**directly** 28:8

**disease** 16:19,20,23, 24 19:6

**dissect** 9:23

**doctor** 14:17 18:15 25:17, 24 27:14,15, 22 28:21 29:15

**doctor's** 25:24 52:2

**dog** 34:14 37:9

**dogs** 37:13, 14,15

**dollars** 17:17

**Doreen** 32:6 37:23

**dots** 16:11

**double** 34:10

**doubt** 52:1

**downplay** 14:18

**dranken** 26:16

**dream** 13:24

**drink** 21:3 25:11 26:5, 12,17,21 27:10,20,25 28:7 46:4

**drinking** 27:3,7

**drive** 35:10,

18 55:9

**drives** 39:7

**driving** 31:25 35:17 37:20 38:3

**dropped** 45:5

**dry** 23:21

**Dude** 38:8

**dumb** 19:16, 17

**dumpling** 33:11,13,14, 22 34:4

**dyed** 8:20

**dying** 56:24

———————

**E**

———————

**early** 13:1 16:14 18:19

**earth** 23:11 25:25

**easier** 42:7

**east** 33:19 35:3 36:7,17, 24 50:25

**easy** 24:16 43:13

**Easy-breezy** 22:4

**eat** 13:21,22 20:25 22:10 46:21

**eaters** 20:20

**eating** 22:11

**educate** 17:16

**educational** 17:7

**effing** 37:20 38:3

**electrolyte** 25:14

**else's** 45:25 53:12

**em** 22:17,18 34:19 38:7

**embarrassed** 44:13

**Emmaus** 37:21

**empathize** 53:11,12,18

**end** 28:3 57:3

**endometriosis** 53:14

**energy** 18:14 21:7 33:4,10 50:1

**entered** 14:7

**entire** 10:9 19:1 27:10

**ever-loving** 46:2

**everybody's** 34:10

**excels** 31:17

**excuse** 43:18

**exhausted** 19:25 20:7,9 31:20

**exhaustion** 19:25 20:1

**exists** 33:20

**exit** 24:19,20

**expensive** 20:16 21:5

**explain** 38:24,25

**explains** 21:9

**expose** 15:15 17:15

**express** 13:12

**extreme** 43:8

———————

**F**

———————

**Facebook** 54:8,13

**fact** 16:12 24:25

**factor** 39:2

**faith** 44:16

**fall** 35:3 36:18,24 37:1

**Falls** 37:22 38:21,22

**family** 13:6 14:15 15:9 16:20,23,25 17:4 52:22, 23 53:9 55:5

**fanatical** 43:15

**farther** 26:14, 16

| | | | | |
|---|---|---|---|---|
| **fast** 11:8 19:8 | 50:17 | **forever** 28:14 | **fuck** 11:5 12:18 14:9 18:16 19:19 25:12 28:22 38:13,16,19, 20 46:19,21 54:14 55:9 | **G** |
| **fat** 13:25 | **fine** 11:13 20:3 28:21, 22 30:8 38:17 | **forget** 32:4 39:9 45:3 | | |
| **father** 26:16 | | **forgive** 44:13 | | **Gail** 54:2 |
| **fault** 11:9 | **fix** 32:1 | **forgiven** 43:23 44:7,9, 13,20 | | **Gary** 38:12 39:12,23 40:2,3 52:4 54:20 |
| **favorite** 33:16,24 | **flat** 10:14 | | **fucker** 39:22, 25 | |
| **fear** 39:10 | **flavor** 26:23 27:17 | **forgot** 37:2 | | **gaslight** 43:19 44:17 48:17 |
| **feel** 9:18,19 19:12,13 41:16 48:15 54:16 | **flavoring** 25:15 | **form** 18:22 20:17 | **fucking** 10:5 11:14 14:2, 12,13 15:11, 12 16:4 17:8, 21,24 18:17 19:8 20:22 21:11 22:8 25:10,11 26:3,10,12 29:3,10 32:5 38:8 39:6,20 40:14,17,20 41:2,16,23 44:2 45:4 52:19 | |
| | | **forward** 11:8 | | **gaslighting** 43:22 |
| | **flew** 9:4 | **found** 8:3,11 34:24 | | **Gatorade** 27:13,18,19 |
| **feeling** 16:17 37:8,13 53:21 | **flights** 20:4 | **frankly** 50:2 | | **gave** 25:1 |
| | **flipping** 31:20 | **freaked** 9:8 | | **Gee** 14:11 |
| **feels** 20:5 | **floor** 50:25 | **freaking** 25:24 33:13 34:6 | | **gene** 14:15, 16 |
| **feisty** 15:23 30:22 46:20 51:20,24 | **fly** 35:12 50:21 | | | |
| | | **free** 23:21,23 | | **general** 17:10,20 |
| **fell** 20:8 | **flying** 35:11 | **french** 20:21 | | **genetic** 15:7, 8 16:16,18 19:7 |
| **felt** 18:5 49:11 | **focus** 40:13 49:21 | **fricking** 33:18 46:5, 11 | | |
| **fence** 21:17 22:2 49:14 | **focused** 50:3 | | **full** 26:18,19 | **genetics** 16:22 17:8 |
| | **fold** 22:21 | **Friday** 31:3,4 | **fun** 41:6 | |
| **fever** 19:13 | **follow** 19:18 34:14 | **fried** 20:25 | **funky** 37:16 | **Geraldine** 15:23 |
| **fevers** 19:24 | | **friend** 34:23 | **funky-monkey** 31:22 | |
| **fight** 17:15 39:18 | **followers** 42:2 47:25 | **friends** 54:11 | | **Gerry** 10:3 13:7 18:3 28:22 42:24 46:18 |
| | | | **funnier** 32:18 | |
| **figure** 13:16 32:2 40:23 48:6,7 | **Fonda** 52:7 | **fries** 20:22 | **funny** 31:1 40:14 46:16 49:1 | |
| | **food** 13:22 | **front** 51:6 | | |
| **fill** 27:8 | **foot** 55:8 | **frustrated** 33:5 | **furthest** 55:19 | **giddy-up** 26:24 |
| **finally** 11:6 | **footsteps** 16:10 | **frustrating** 39:14,15 | | **Ginger** 27:2 |
| **find** 21:8 50:14,15 | **forbid** 26:11 | | | **girl** 42:17 43:1 44:8,10, |
| **finding** 8:9 | **Force** 56:3 | **fry** 21:14 | | |

12,22 45:4,6,
8 48:3,4

**girth** 19:1

**give** 14:13
15:17 21:24
49:4,6

**giving** 22:6

**gladly** 41:13

**glass** 27:8

**glory** 53:23

**God** 18:3
21:12,13
26:11 29:11
34:13,16,17
37:1,20 38:1
41:3 42:15,
16 44:6,9,24
45:3,7 46:15
51:7 54:14
55:12,14

**God's** 25:25
42:19 43:23

**good** 16:10
24:9,12
25:19 31:7
34:2,4 37:8,
13 39:11,23
47:20 48:17
52:25

**gotta** 17:13
23:4 35:8,12
38:7,9 40:13,
15,17,22
45:5,6

**great** 27:14,
23 28:4
29:13 31:3
48:1 50:5
52:21

**great-great**
21:2

**green** 25:25

**grew** 39:24
40:2,3

**grief** 53:10,
12

**gross** 20:24
21:13 24:18
25:12 28:7

**grosses** 25:7

**group** 40:2
42:4 50:2

**grow** 26:3

**growing**
18:20

**guess** 12:25

**Gun** 37:9

**guy** 34:23

**guys** 10:1,16
15:13 17:5,7,
24 18:2,5,6
20:11 21:19
22:18 24:13,
16 26:9
28:11 30:2,
14 31:2,14
35:23 37:15
39:23 40:24
44:19 45:15
49:2,7,8,18
51:2,5 52:16
55:21 56:25

———

**H**

———

**habitual**
53:15

**hacker** 32:1,4
33:16,17
38:14 39:1

**half** 26:9,17

**halfway** 26:1
40:12

**Hampshire**
35:4 37:5

**handle** 48:16

**handling**
15:14

**happen** 13:5
19:2 33:2
41:15

**happened**
38:5

**happy** 50:6

**harbor** 35:20

**hard** 25:8,13
31:14,15
32:21 34:16
54:4 55:2

**hate** 16:2
20:22,23
23:6 38:24
42:3 44:3

**haters** 15:23
16:2 49:17,
18,21 50:2

**hats** 44:11,14

**He'll** 44:13

**head** 12:10
37:12

**headache**
47:2

**health** 49:13

**healthy**
13:24,25

**hear** 13:2,4

**heart** 42:4
44:19,25
45:7 49:11
54:16,24

**hearts** 49:11

**heavy** 20:7

**hell** 11:23
21:20 22:9
24:1,3 27:5
29:13 33:1
34:6 44:22
45:9,10

**helped** 21:6,7
30:2

**helps** 23:5
26:10,23
27:2 30:10

**hemorrhoid**
8:6,7,10

**hey** 29:8 32:9
38:1 39:12
41:22

**high** 14:6
51:17

**Hmm** 52:13

**hold** 31:8,22

**holding**
34:18

**hole** 45:23

**holy** 34:1
41:4,5 44:18
49:2 52:5,6,
14

**home** 35:13

51:21

**homemade**
34:5

**homework**
19:18

**hon** 50:12

**honest** 44:1
55:3

**honestly**
10:14 21:17
27:22 31:2
32:12 41:6
45:17 46:8
47:8 49:21
54:1 56:12

**honey** 48:18
50:11 51:16

**hookah** 14:8

**hope** 12:14
42:16

**hopeful**
12:15

**hoping** 9:19,
22 12:2,3

**hot** 13:12
20:18 21:3

**hours** 18:10

**house** 33:7
38:10 50:24
55:18 56:22

**HPV** 17:5,6

**huge** 29:10
30:5 45:22

**hugs** 57:1

**humble**
55:15

humbled 55:15

hundreds 54:8

hurricanes 36:22

husband 44:6 45:8

hypertension 13:23 17:2

hypochondriac 30:16

hypocrisy 46:22

hysterectomy 53:14

**I**

idea 52:19 54:25

ifs 50:10

ignore 32:13

imagine 52:19

imaging 35:24

immense 11:7 12:11

impress 35:1

inches 18:25

include 40:25

incredibly 24:16 54:11

infertility 53:15

inflamed 11:17

insane 33:9

insist 28:25

insurance 29:6

intestine 10:1,3,13 12:2

intestines 29:3

intuitive 37:9

irritated 40:11

irritating 39:15

Island 37:6

issue 43:25 44:17 45:22 46:6 48:23

issues 11:17, 21 14:11 16:8 43:3 44:1,2 45:6,7 46:25 47:4,5 55:5,7

ixnay 36:3

**J**

jelly 34:3

Jenny 47:11 49:16 50:8 51:4

Jerk 40:2

Jesus 32:20 50:19 52:6

Jo 8:21 9:8, 12 14:20,21, 24 23:13 25:23 33:6, 12 55:17

Jo's 15:1

job 25:19

Johnny 40:9

joke 32:5

journey 53:4 54:15 55:25

Joy 22:14,15 30:10

judged 46:17

judging 44:25

**K**

Karen 27:13

kay 57:1

Kelly 40:12

key 33:16 47:14

kick 40:1

kicking 39:21,22

kicks 39:5

kidding 48:23

kids 40:4,6

killers 42:4

Kim 26:15

kind 9:7 16:3 20:17 23:16

26:22 40:24 53:4

King 40:4

kissing 46:2

knew 9:17 14:23 15:5 31:9,11 34:25 35:2 48:3 49:8 52:5

knowing 11:15

Kool-aid 46:5

Korea 42:22, 23

**L**

label 42:5,9

land 35:12

laptop 38:19 39:4,21 40:21 48:7 52:13

larger 10:11

laugh 38:12

leading 55:24

leak 22:24

leaking 22:23

lean 34:16

learn 55:2

learning 32:24

leave 48:24, 25 55:10

Lee 31:5

left 20:9 45:12 47:25 55:17

left-sided 15:7 52:12

lefties 42:3

lemon 25:15 28:6

let alone 50:5

lie 17:17 36:25

life 14:5 18:13 28:18, 25 35:7,15 41:2 44:16 49:22 50:3 52:19 54:15

lifestyle 14:2, 3

likelihood 9:25 10:12

lined 9:13,14

lipid 13:24

liquid 22:24, 25 24:10 25:2,9 26:18, 19 27:12

liquids 22:12

list 36:4,7

lists 35:2

literally 11:1 12:9 18:24 20:8 21:3 22:24 23:17 42:2 51:18

live 13:18 30:14,15 32:8,9,11,25 42:2 47:10, 25

liver 12:4,5,7, 14 19:22 51:13

lives 48:16 54:4

living 11:23 21:20 22:8 24:1,3

local 8:25

lonely 49:24

long 11:25 27:11 29:22

looked 9:9 12:22 14:20 16:12 18:18 33:22 34:2

lose 47:25

lost 9:11 14:25 42:2

lot 13:22 21:9 23:5,14 26:22,23 27:2 30:2 53:18,20,25

love 9:4 21:12 28:11 33:13 34:1 35:18 37:7 43:11 48:25 50:5 51:5 52:16,21 56:25

lovely 48:2

loves 13:4 57:1

low 14:10 33:16 36:14 47:14

low-grade 19:13,24

lower 9:22

lucky 11:25 12:17 39:24 54:11

lungs 12:6,19 14:7

Lynch 16:19, 20,23,24 19:6

___

**M**

___

ma 38:25

mad 31:11 32:11,15 40:8

made 33:21 54:21

mailed 33:11

Maine 35:4 37:5

major 36:20 39:1,9

make 14:16 21:21,23 22:16,18 23:12,20,22, 24 24:2 26:6, 15,18,25 33:14 34:4,5 35:21 40:8

41:14 43:25 45:14,15 48:13 53:3,5 56:7

makes 31:23 38:5 46:22

makeup 28:1

making 41:6

malfunction 39:9

man 23:6,8 32:19 34:6 41:2 47:2,24 48:25

manipulate 42:10

manner 46:1

mantis 9:3,4

mantises 9:3

Marilyn 17:25

marker 19:7

markers 14:16 15:8,9 16:17,18 51:17

mass 29:10

Massachusetts 35:4 37:5

master 32:1, 4 33:17 38:13 39:1

matter 16:12 17:6 54:12

Mcleod 39:14

meaning 53:16

means 19:16 29:7

meat 13:21 14:10

media 18:7, 12,13 52:23

mental 35:21

mentality 20:24

mentally 15:21 30:4,6, 7

mess 13:12

message 32:15

messaged 39:17

messages 39:14 54:8

messaging 32:10 54:13

microfiber 22:12,13,17 23:15

Midori 32:17

mind 43:1

Minnesota 37:1,3

Minnie 18:1

miracle 10:14 19:22 41:15 51:16

miserable 50:7

mix 27:13,24 28:8 35:15

mixed 24:11

mm 45:1,7

Mm-hmm 29:25 45:12 50:12,13

mm-mmm 9:14 26:7

mmm 45:1

mock 21:12

mofo 23:7

molester 15:20

moment 8:17 55:17

money 17:23, 24 18:1 30:17

morning 24:5 47:1

mother 15:21 24:7

motherfucker 30:21 39:24

motorcycle 18:9 35:5,11 36:16,20,21 46:20

Mountain 26:24

mouth 27:4,8 45:9 46:14

move 50:22

movie 40:5

**N**

natural 20:15,16

necessarily 12:5

needed 9:17

neighbor 45:4

neon 51:19, 25

nerve 9:21 12:3 35:19

network 39:22

Niagara 38:21

nice 38:21,22 42:6 57:2

nicely 24:3

Nicole 41:22 48:11 50:20 51:23

niece 13:4 52:20

nieces 31:2,3 52:21 55:17

Night 40:22

nightmare 21:20 22:8

nobody's 53:10

nodes 12:23

noodles 33:21,22 34:5,6

normal 19:2, 3

nother 17:7

number 13:10

**O**

occult 28:16

ocean 28:6,7

offends 43:7

offer 25:17, 18

offering 29:5

oncologists 53:20

one's 43:9

Ooh 45:7

open 45:18 46:11 47:15 51:19,24 52:1

opening 45:23

order 48:8

orders 30:1 34:11 48:8 56:23

organs 29:12

outages 38:15

outta 21:25 36:1 46:14

outverse 46:12

outwardly 30:6

overweight 13:13,14

**P**

packet 27:17

pad 22:22 23:15

pain 11:3,7, 18,20,23 12:8,11,13 19:15 34:17 36:5

painful 34:16 55:21,22

panel 13:24

paper 23:11, 12 24:8 39:8, 10

part 9:20 22:23 23:9 33:16,22 35:7 40:3

partly 11:9

passcode 31:23

password 32:3

past 54:5

Pauline 48:4 50:19 52:5

Pax 37:7,8, 11,12,16

pay 24:25 29:6

peace 21:25 49:23

pee 38:9 40:15,17,22

pelvic 12:19

penalties 17:17

Pennsylvania 36:12 38:22

people 16:1 17:16,21,22 20:22,23 21:1,12,24 24:19 25:4,5 27:19 28:10 30:6,15 32:9 38:25 41:23, 25 42:3,5,6, 9,12,24 43:13,15 46:16 47:5,6, 12 49:10 54:9,23 55:6 56:1,13

people's 48:16

Pepper 27:1

Pepsi 27:1

percent 20:13 27:11 47:24 50:24

perforate 51:11

perforating 11:2

period 29:4 35:13 48:21

person 11:22

13:1,24,25 15:19 17:14 30:11 46:9 47:20,21 49:9,14 55:19 56:6

personality 33:8

personally 20:23

petrified 16:8

phase 9:1

phone 9:12 51:6

physically 15:21

pick 50:21

picky 20:20

picture 14:24

pictures 37:2

pie 45:23

piece 15:20, 25 16:3 17:7 22:7

pieces 16:2,5 33:23 52:21

pills 24:24,25 25:1,18 26:2

pink 44:9

pissed 30:20, 24 40:8,11

place 26:13, 15,20 33:19

plans 35:21

Plantation 33:19

plug 52:15

plumpy 13:20

point 13:18 23:1 27:12 28:18,25 55:15 56:2

polarizing 42:5

politically 14:20

politics 18:1 39:19,20 48:1

polyp 18:22

polyps 8:11, 21 13:10,11 18:18 29:2, 19

poo 25:21 26:1

poop 23:2,9 24:11

pooping 24:10,23

poor 9:8

positive 28:10 50:9 54:6

possibly 49:12

post 39:16

posted 33:18 57:1

pounds 13:17,18

pouring 22:25

powder 20:17

powdered 20:14 21:4

power 10:4 43:24 47:8

pray 10:5 11:24 41:4, 17 42:15,17, 18,20,21,22, 23 44:10,22 45:5,6,11,25 51:10,11,12

prayed 41:3

prayer 10:4 43:24 47:8

prayers 41:13 46:10

praying 9:3,4 29:11 45:20 46:11,18 47:7,16

preaching 55:13

prefers 40:10

pregnancies 53:17

prep 10:22 11:7,14,16, 18,20,22 18:16 21:20 22:3,8,10,11 24:1,14 25:9 26:13,19 27:10,11,13, 16,21,25 28:1,8 29:15

preps 21:23

President 42:20

pressing 12:3

pressure 9:20

pretend 56:21

preventively 28:18

previous 18:12

prideful 56:12

primary 14:1

print 31:24 34:1,9,10,19 38:2,7,18 40:19 48:8

printer 31:24 32:2,19 33:25 34:19 38:4,18,19, 20 41:4,10, 17,19 42:15, 16,17,18,25 43:3 45:11 49:3 52:14

printer's 31:21 43:2 46:24

printers 41:25

printing 41:3, 5

private 39:13 49:9 55:7

pro 20:13

problem 11:16 30:9 34:7,8 40:22 45:22 48:14

procedure 11:13 21:19 22:3,4,7 24:16

procedure's 21:18

process 31:13 42:7

processed 13:22

progressively 19:11

promise 22:4

protecting 17:21,22

protein 20:15,16,18 21:4

proteins 21:5

PTSD 49:20

pull 56:23

pulling 30:1

pulpish 37:7

puppy 37:10

purchasing 15:14

pure 20:13 23:18 27:11

purposely 36:22

push 55:5

puss 26:8

put 22:22 23:2 24:13 27:16 31:23 32:3 35:6 37:24 38:5 48:12 56:7,8

putting 22:5 42:6

---

**Q**

---

quiet 52:25

---

**R**

---

radical 42:14 43:15

radiologist 10:19

rainfall 36:14

rallies 36:20

ranch 21:14

rare 30:18

rarely 13:21

raw 23:12,24 24:7

reach 32:22 54:17

reached 31:6 39:12 51:12

reaches 26:20

reaching 39:13

| | | | | |
|---|---|---|---|---|
| **read** 39:16 | **regulations** 17:12 | **run** 14:15 17:4 30:21 | **scripture** 45:21 46:15 | 31:8 32:18 33:5 34:12 35:9,13,23 36:1 37:6,14 38:7,8,20,24 39:3 40:13, 19 41:4,5 42:19 43:1 45:12 46:13, 21 47:17 48:3 52:5 56:24 |
| **reading** 45:24 54:13 | **relationship** 48:9,12,13, 20 | | **scruples** 46:9 | |
| **ready** 22:21 | | **S** | **second-guess** 54:18 | |
| **real** 22:1 30:10 31:1 37:3,4,6,23 50:13 | **relief** 23:17 | **sad** 53:2 | **second-guessing** 52:1 | |
| | **remember** 29:23 47:10 | **sailed** 30:25 | | |
| | | **sailor** 46:13 | | |
| **realist** 52:4 | **reminded** 34:2 | **salty** 25:14 28:5 | **security** 39:1 | |
| **reality** 11:25 | | | **sedation** 22:6 | **shits** 16:2,5 |
| **reason** 8:8 29:14 31:22 38:17 39:4 | **remnants** 24:11 | **sarcasm** 53:7,25 | **sedentary** 14:2,3,4 | **shitting** 27:11 |
| | **remove** 9:9 | **sarcastic** 53:6 | | **shitty** 36:19 |
| **reasons** 36:19 | **removed** 8:21 13:11, 12 18:18 | **sat** 9:5 30:3 52:24 | **selected** 34:21 | **short** 35:13 |
| **Reboot** 38:8 | | **save** 13:1 | **Selena** 39:14 | **show** 32:8,9 |
| **recently** 29:20 | **rent** 35:12 36:6 | **saving** 45:20 | **self-indulgent** 37:11 | **showed** 10:17 29:24 |
| **recognized** 16:3 | **residual** 25:21 26:1 | **savor** 27:4 | **sense** 45:14, 15 | **showing** 28:13 44:23 |
| **recommend** 28:21 | **rest** 15:18 34:19 | **scan** 9:17 10:16 12:17, 20 18:23 19:21 29:23, 24 | **set** 32:2,19 | **shows** 13:18 |
| | | | **Shari** 47:23 | **shutting** 45:23 |
| **recommende d** 27:24 | **Rhode** 37:6 | | **Sharon** 45:14 | |
| | **ride** 18:9,10 35:11 36:16, 22 46:20 | **scared** 10:22 11:18 | **Sherry** 28:9 31:1 | **siblings** 15:22 |
| **recommends** 18:15 | | | | **side** 9:11,22 13:19 19:15 29:10 34:17 54:10 |
| | **ridiculous** 25:10,11 39:20 | **scares** 19:13 | **ship** 30:25 | |
| **recording** 57:3 | | **scary** 19:14, 15 | **shit** 9:12 14:13 15:1,5, 11,13,17,20, 25 16:3 17:11,13 18:7,15 20:11 21:11, 21 23:7,18 26:1,8,9,21 28:23 29:16 | |
| **red** 13:21 14:10 27:19 | **riding** 35:5 | **scenario** 9:24 | | **sidelines** 53:1 |
| | **right-sided** 12:4 15:6 16:21 19:4 52:6,12 | | | **sign** 10:19,20 51:19,25 |
| **refrigerate** 26:14,15 | | **schedule** 36:4 | | |
| **regular** 11:22 | | **school** 20:2 35:8,14 | | **silent** 31:5 |
| **regulating** 17:12 | **road** 34:22 | **scope** 23:2 | | **simple** 21:19 |
| | **rubs** 43:5 | | | |

sincere 46:9 47:6

single 31:23 33:2

sip 26:16 27:3,18

sips 28:2

sister 15:21 16:6,9,15 17:3 43:12 52:18

sisters 15:3, 17,18,25

sitting 29:9 51:6

situation 44:7 49:15

size 10:1,5,9 14:25 19:23

sleeping 37:12

slow 18:20

slowly 55:23

small 17:14 24:21 50:18

smart 15:1 37:9

smell 37:13, 14,16,17

smell's 37:16

smoke 13:21 14:8

smoked 14:5

smoking 14:6

sniff 37:15

snowed 37:19

social 18:7, 12,13 52:23

soft 23:19,20

solo 18:9

somebody's 54:16

soul 44:22,23 45:21,25

sound 41:24 46:8

soup 33:12, 14,18,19,24 34:3,4

spasms 19:14

speak 49:3 50:9

specific 39:5

spend 50:1

Spirit 44:18

spiritually 46:8 55:14

spitfire 18:11

spot 10:17,18

spread 9:25 12:5,6,7,13 29:11 51:10

Sprite 26:24

squeaky 26:6 29:3

stack 22:14

Stacy 33:15

stage 12:23 50:14,16,17

stairs 20:3,4, 8

stand 44:3

staring 51:18

start 22:23, 25 27:3 39:25 46:11 47:21

started 18:6

state 17:22

states 17:12, 13 42:21

stay 54:6

step 50:17

Stephen 40:4

stick 13:15

stomach 26:17,19

stool 8:8,9 28:14,20 29:22

stop 22:10 47:3

stopped 41:5

stories 13:3, 5

story 20:5

straight 22:17 47:17

strange 36:16 37:18

straw 26:13, 14,16,20 27:6

strength 20:9

strong 18:3

stubborn 10:21 29:8

study 44:24

stuff 28:8

stupid 39:19

suck 18:17 25:16

sudden 14:12 38:5

Sue 33:18 34:3 43:11 44:20 49:5 50:18

sugars 20:18

Sundays 46:5

super 13:7,8 23:19,20 26:18

support 48:22 52:17 54:9 56:15

supposed 30:1 49:5

surgeon 9:13 12:22 49:7 52:10

surgery 35:22,25 36:4,8

swallow 26:13

swallowing 26:22

swam 28:5

swear 41:24

sweet 33:20 34:24 39:16

swish 27:4

symptoms 10:23 12:12, 24 19:10,11 41:17 55:23

system 29:12 52:18

**T**

t-shirt 37:25

Tabitha 23:21

table 36:1

takes 18:21

taking 9:15 34:23 56:14, 15

talk 15:16,22, 24 16:1 19:19 22:1 32:22 45:24 49:7,12 56:25

talked 48:1

talking 19:19, 20 30:2 38:13 44:4,5 45:20 48:2

Tammy 16:15 49:3

taste 20:19, 21 21:2 25:5, 6 26:3,21,22 27:4 28:4

tastes 20:17 25:3 28:5

tech 48:22

technical 33:5

Technology 39:15

telling 11:11 23:25 24:13 29:7,17 33:12 41:15 54:22

tells 27:22 51:7

tend 15:22

test 28:16

tests 28:17, 20

thankful 52:16,17,18, 20,22

thick 33:23 34:5

thing 13:13 14:14 21:16 28:9,17 35:20 37:4 41:14 45:15, 16 48:10,11 49:12,13 51:3

things 12:10 14:1,4 30:19, 24 40:7

46:24

thinking 11:9 42:10 54:22, 23

thinks 9:20 19:17

thought 8:7 10:19,20 11:1 12:9 42:7 52:25 54:18 56:5

thoughts 9:18 30:3,9 42:10 52:25

throw 33:3 48:7 49:2 52:13,14

time 11:4 19:14 20:1 23:8 25:8 30:3 31:4,23 32:3,7 35:7, 13,15 36:18 38:6 40:25 47:1,10,25 49:19 50:7 56:16

timeframe 35:9 36:5

times 20:2

Tina 38:23 40:18

tiny 13:12 29:24

tired 18:5 31:19,20 33:4 55:21

today 9:2 31:6

toe 42:19

toilet 21:22, 23 23:11,12 24:8

told 8:6 10:21 16:16 25:23 29:21 31:5, 12 35:2 49:9, 16,17

tomato 20:25

Tomatoes 33:20

tomorrow 12:17 52:9

tons 17:16

totally 47:23 51:23

towels 22:12, 13,17 23:15

toxins 22:19

train 37:15

transverse 10:11

treat 50:16

treated 18:19

treating 24:3

trials 54:3

tribulations 54:4

trip 34:13,22, 24 35:16 36:3

true 10:8

trust 56:4,11

truth 50:19

Tucks 23:6,7

tumor 19:23

turn 12:25 48:17 53:6

twenties 13:16

twin 14:21 15:16 16:9 31:2 52:18, 19 56:15

type 20:14 21:4

typically 16:22,23 18:21

---

**U**

understand 25:6 39:3

United 42:20

unplug 52:15

unremarkable 18:8

update 49:4, 7

upper 12:8, 13 19:15

---

**V**

vape 14:8

Vegetables 21:13

visually 29:3

voice 21:12

---

**W**

walk 24:6 47:12

wall 8:19 10:9,12 37:21

wall-to-wall 18:24 29:11

walls 10:1,2, 13 12:1,2 56:7,11

wanted 35:3 55:4

wash 22:18

washed 22:16

Washington 17:19,20

wat 25:5

watch 22:18 45:9

watching 8:15

water 23:18 25:6,7,11 26:1,6 28:7 49:2 52:14

ways 24:2,20 53:3

wear 44:10

weather 36:18

Wednesday 44:24

week 16:12

29:14 46:13

**weekend** 37:19

**weird** 10:18

**Wendy** 36:11 37:22,24 38:1 43:9

**Wendy's** 37:22

**wheelchair** 36:6

**whew** 45:5

**who've** 52:24 54:9

**Wi-fi** 31:23 32:3 34:8,20 35:19 38:11, 15 39:5

**Wi-fis** 38:10

**wide** 8:24 18:25

**wing** 50:25

**winter** 36:18

**wipe** 23:13

**wipes** 23:20, 24

**wiping** 23:11, 23 24:8

**wishful** 11:24

**woke** 47:1

**woman** 13:7, 8 36:12 37:16 44:8 46:18

**word** 25:24 34:25 35:7,

14 45:3 47:13

**words** 45:17

**work** 42:25 45:11 51:9 55:12,14

**worked** 53:20

**works** 38:17

**worried** 11:2

**worry** 24:21 38:15

**worse** 19:12 52:12

**worth** 13:2 39:19 49:15

**would've** 35:15

**wow** 49:17

**wrap** 44:16

**wrong** 9:21 33:25 43:5

---

### Y

**y'all** 14:2 16:4 27:1 37:23 39:18 40:22 41:10, 11 42:1 44:3

**year** 10:17 18:4 19:11 29:9,20 31:19 55:22

**year-and-a-half** 10:25 18:23 19:2

**years** 18:21

29:21 46:17 54:10

**yellow** 24:10

**yesterday** 36:9 45:4

**yo** 24:19 49:22

---

### Z

**zucchini** 21:14