# EXHIBIT G





212

160 comments  2 shares

Like          Comment          Share

Most relevant ▼

**Jennifer Andrews**
cancer-azzi I bought SO MUCH stuff from you!! I think I will throw it all away. I didn't handle anywhere near as much as you did, but still...

1d  Like  Reply

> **Jessica Kostiuk**
> Jennifer Andrews I threw all mine away
>
> 21h  Like  Reply

**Angelique Patricia Nunez**
My mom had always had diverticulitis and developed rectal cancer. She was I believe 30 and had a portion of her large intestine taken out and had chemo. She did well.

1d  Like  Reply

> Author
> **Geraldine Feisty Souza** ✓
> Angelique Patricia Nunez yes but my cancer is on the other side of my colon. So I have issues on both ends. Right side vs left side cancer has different issues and right side has more issues and not as positive outcomes. I know eventually I will be ok - I just need to go through the storm
>
> 4h  Like  Reply

**Darlene Robin**
Oh shit... I have diverticulitis. 😳
What causes it to turn into cancer?

1d  Like  Reply

> Author
> **Geraldine Feisty Souza** ✓
> Darlene Robin my cancer was in my ascending colon- that's the part that connects to the small intestine. Diverticulitis is on the other side close to the anus. The cancer I had removed ironically has nothing to do with the diverticulitis. So I have issues on both ends of my bowel!
>
> 1d  Like  Reply                                    4 😋👍
>
> > **Darlene Robin**
> > Geraldine Feisty Souza, oh ok. I was just wondering. Thank You so much for explaining that to me. So are they saying that they can rid of this cancer with treatments.
> >
> > 23h  Like  Reply

Write a comment...

02





✎ **Author**

**Geraldine Feisty Souza** ✔

**Darlene Robin** they removed my entire ascending colon and almost half of my transverse colon. They removed 14 lymph nodes - 3 of them had cancer. Although they removed the very large tumor and lymph nodes they have to do chemo because it is in my blood stream and can cause cancer other places. The chemo helps prevent that from happening- but it will be a 3-6 month treatment

23h   Like   Reply



**Cori Quinn Freeman**
My husband is going on 5 yrs cancer free from stage 3b colon cancer.
When we first went to the center in Irvine (they are MDs who practice integratively), Dr asked him if he had any root canals...😅 I was thinking what?!? He said yes, one. She asked which side. He said left back. She said which side is your tumor on...he said left in sigmoid. She said for us to go to a biological dentist.
We did - sure enough, his root canal that had NEVER been a problem was completely abscessed and infected. Had it removed.

Loma Linda is one of the many universities that have shown not just correlation, but causation for breast and colon especially. It's the fusobacterium that's the issue usually. I post this not just to let you know...because maybe you don't have any root canals...but for the many people in here that need to know too.

Soooo many patients I meet at our center had infected root canals on the side where their cancer is/was. It was shocking.
I didn't realize your cancer was colon — call anytime. Sending lots of prayers, love, and hugs, my friend ❤️❤️
Oh...my husband had low-dose chemo and they did a boatload of things to build up his immune system. So far, so good ❤️❤️

20h   Like   Reply



✎ **Author**

**Geraldine Feisty Souza** ✔

**Cori Quinn Freeman** this is soooo interesting. I have never had a root canal or issues with my teeth but this is great to know

4h   Like   Reply



**AnneMarie Spagnola Dahleiden**
I have been a silent watcher.
Since the whole Papa thing.
I used to sell it until I came across you.
Thank you.
I am sorry but I am passionate about a lot of things medical. Been in the field for 39 years.
See Dr Kevin Reese. If not, I just wanted others to check him out , if 1 person gets him, I feel better.
I pray for you. My dad's whole side has diverticulitis.



Write a comment...

    

issues with my teeth but this is great to know

4h · Like · Reply



**AnneMarie Spagnola Dahleiden**
I have been a silent watcher.
Since the whole Papa thing.
I used to sell it until I came across you.
Thank you.
I am sorry but I am passionate about a lot of things medical. Been in the field for 39 years.
See Dr Kevin Reese. If not, I just wanted others to check him out , if 1 person gets him, I feel better.
I pray for you. My dad's whole side has diverticulitis.
He almost lost his life and wore a bag for 6 months.
I have diverticulosis.
I changed my diet and excercise, cardio and strength best 4 years of my life.
God bless!!! 💕

23h · Like · Reply                                              ❤️



**Charlene Emery**
I had a colonoscopy and had 3 polyps removed. Then I got diverticulitis, was in the hospital for a few days. Had to have a bowel discetion to remove some of my colon. Have had about 3 more colonoscopys and they say it is clear. 🤞🤞

23h · Like · Reply                                              😘



**Barbara Roberts**
That sounds like good news not being genetic. I think doctors have to change their thinking on all this increase to where they perform tests for some of our symptoms at earlier ages. I remember when I first got a routine colon exam at about 54 because the thinking then was just go half way up the colon and it was done in the office. Well fast forward another ten years and the test recommended was a full on colonoscopy. I was shocked when they removed 7 polyps mostly in my ascending colon. Luckily they were benign . Now it's like repeat in 3 yrs and then 5 years. And we all know how people dread the test prep.

1d · Like · Reply                                         2 👍❤️



**Susan Behm**
Dam makes me wonder.. I got breast cancer right after handling papa..

1d · Like · Reply                                              👍


　　　**✏️ Author**
　　　**Geraldine Feisty Souza** ☑️  ...
　　　**Susan Behm** so sorry!!

　　　1d · Like · Reply

　　　　　 **Susan Behm**
　　　　　**Geraldine Feisty Souza** had 2020 removed the mass. Than may 2024. Cancer

   Write a comment...

🪩 😎 🙂 📷 GIF 🏷️


1d Like Reply

 **Susan Behm**
**Geraldine Feisty Souza** had 2020 removed the mass. Than may 2024. Cancer came back on opposite side from2020. Triple neg had a mascetomy done. Lymp nodes removed they were negative. But even now I have to have nerve blocks dec 22. The pain is horrible feels like ripping my arms off. Geri I pray you will be ok. Just stay strong

1d Like Reply

 **Paula Potloff Davies**
My dil is having surgery for diverticulitis next month. I pray that this is not a precursor to colon cancer. She is still in her 30's. 🙏🙏🙏🙏

1d Like Reply

 **Gloria Lucio Bacak**
Do you get cancer from wearing paparazzi jewelry all the time

1d Like Reply

 ✏️ Author
**Geraldine Feisty Souza** ✔️
**Gloria Lucio Bacak** wearing it? I handled thousands of pieces a week- no it's wasn't from just wearing it

1d Like Reply

 **Stephanie Lowry Davis**
I found out that I had Diverticulitis went in to get a bag and they found stage 2 cancer

1d Like Reply

✏️ Author
**Geraldine Feisty Souza** ✔️
**Stephanie Lowry Davis** so sorry!!

1d Like Reply

 **Michelle Rothenbusch**
I still believe it's what we eat and breathe

1d Like Reply

 ✏️ Author
**Geraldine Feisty Souza** ✔️
**Michelle Rothenbusch** 100% the environmental exposures are REAL, people need to be aware what they are exposing themselves to and DO NOT TRUST COMPANIES who claim it's safe! If you're going to have constant exposure test it!!

23h Like Reply  4 👍

 **Karen Caudill Eason**
I hope you take that *company down! You are so loved and you WILL beat this and continue to make your dreams come true.

Write a comment...

    

**Kriste Smothers**
Hummmm..is right

1d  Like  Reply  💗

**Lea Fleischmann**
I'm sending you loads of big hugs, even though I've never met you in person. I've watched you over the past few years because I just thought you were an awesome business owner. I think that Papa puke may have had something to do with that but of course that will be hard to Prove I've also been a nurse for over 40 years and I know for you as a future nurse that the doctors will take good care of you and you just have to trust that they have the knowledge and the companion to take care of you. You are an awesome human being. Don't you ever forget that even though people say that you may be strong during those weak moments just hang on🤗

1d  Like  Reply                                                                2 👍💗

> ✏️ **Author**
> **Geraldine Feisty Souza** ✓
> **Lea Fleischmann** tysm!!
>
> 1d  Like  Reply

**Karen Silva Canedy**
Many are doing Ivermectin and Fenbendazol for Cancer now!

1d  Like  Reply                                                                2 👍

**Cheri Ware**
The Covid vax wouldn't surprise me either. Who really know's what they have it that stuff!!

1d  Like  Reply

> ✏️ **Author**
> **Geraldine Feisty Souza** ✓
> **Cheri Ware** def not from Covid vax!
>
> 1d  Like  Reply

**Kelley Ogorchock**
I had that same thing happen to me with breast cancer prayers babe

1d  Like  Reply

**Marion Cohen**
I am sending you prayers and hugs. I wish I could make you a pot of chicken soup and make it go away but at this point that won't work. Lol prayers and hugs. I'm with you all the way.

1d  Like  Reply                                                                👍

> ✏️ **Author**
> **Geraldine Feisty Souza** ✓
> **Marion Cohen** I'll still take the soup! 😂



Write a comment...

06


23h   Like   Reply    😄

**Amber Jensen Ledbetter**
I threw over 2,000+ pieces of papa in the garbage!!!

23h   Like   Reply    2 👍

**Pamela Williams**
If genetic markers are negative what a blessing !

1h   Like   Reply

**Nancy Williams**
🙏🙏🙏

22h   Like   Reply

**Yvonne Carver**
Oh wow !!! Hmmm never had it but my hubby just had his 2nd bout of it last week and it was really bad . Hope your on the mend 💝

1d   Like   Reply    👍

**Wendy Bailey Jacobellis**
Hugs and prayers

1d   Like   Reply    2 👍❤️

> **Wendy Bailey Jacobellis**
> Speedy recovery
>
> 1d   Like   Reply    ❤️

**Carol Smith**
Sending prayers 🙏 ❤️

18h   Like   Reply

Tore Ore replied · 1 Reply

**Janis Flenniken**
I'm continuing prayers for you
My cousin sold papa for a few years and I bought a lot of stuff that I have never worn, do you mind if I share your story with her

23h   Like   Reply

> ✏️ **Author**
> **Geraldine Feisty Souza** ✔️
> Janis Flenniken please share
>
> 4h   Like   Reply

**Linda Berry - Johansen**
God Bless You Indian Sista🙏
**Geraldine Feisty Souza**
**Geraldine Souza**

Write a comment...

07

**Carrol Thomas**
Praying 🙏
1d  Like  Reply

**Mona Eaves**
Prayers continue for complete recovery my friend. 🙏❤️🕯️🙇



1d  Like  Reply

**Mary Simo**
Sending lots of healing energy your way my friend
1d  Like  Reply

**Sharon Smith**
That has to be so scary, you're strong and brave, thinking of you.
1d  Like  Reply

**Monica Dailing**
Sending prayers for healing 😍
2h  Like  Reply

**Kelly Davison**
Fighting the battle here as well, my prayers are with you
1d  Like  Reply

**Terri Prizer Bass** ✔️
Praying 🙏 for you everyday! I may not comment much but I've been following you! Be well my friend 🧡 you got this!
19h  Like  Reply

**Becky Wallace**
I'm thinking about you and praying for you my dear ! Love 💕 ya !
1d  Like  Reply

**Victoria McQueen McCaffrey**
🙏🙏 you've been in pain a long time! Praying for you!!
1d  Like  Reply

Write a comment...

08



1d   Like   Reply

 **Karen Witt**   ...
Praying

1d   Like   Reply

 **Marianne Radford Cook**   ...
Praying for you!

23h   Like   Reply

 **Aileen Joy Walsh**   ...
Prayers Continued....

1d   Like   Reply

 **Drew Yerkish**

🙏🙏🙏   ...

1d   Like   Reply

 **MaryAnn ODell**   ...
I'm praying for you 🙏

1d   Like   Reply

**Diane Gleason**   ...
So sorry

1d   Like   Reply

**Maribeth Hemphill**   ...
Prayers geri

1d   Like   Reply

**Lucille Lay Pratt**

🙏🙏🙏   ...

1d   Like   Reply

**Ethel Brewer**   ...
Praying 🙏

1d   Like   Reply

**Sheree Compton**

🙏❤️🙏   ...

1d   Like   Reply

**Lisa Bostwick-Eilar**

🙏🙏🙏   ...

1d   Like   Reply

✏️ Author

Write a comment...

09

**Geraldine Feisty Souza** ✔ · Author
**Lisa Bostwick-Eilar** I know you definitely know!!

1d   Like   Reply

**Lisa Bostwick-Eilar**
**Geraldine Feisty Souza** absolutely!

1d   Like   Reply

**Terri Ellis**
Two guesses and one doesn't count! I'm sure it's where it came from! Praying!

1d   Like   Reply                                    3 👍

**Amy Rasbury Garber**
Yikes girl.

1d   Like   Reply   👍

**Amy Rasbury Garber**
I'm so happy for you. So so so happy.

1d   Like   Reply            ❤️

**Geraldine Feisty Souza** ✔ · Author
**Amy Rasbury Garber** I'm happy for my family- it's a relief for them. That means my cancer isn't from genetic disposition. Strongly points to outside factors

1d   Like   Reply                                                😮

**Tiffany Rose**
Does this match up with the heavy metal test from papa

1d   Like   Reply            7 👍🥰

**Geraldine Feisty Souza** ✔ · Author
**Tiffany Rose** when it all points to the timeline! Yup and yup

1d   Like   Reply            🥰

Tiffany Rose replied · 2 Replies

**Marion Cohen**
**Tiffany Rose** Geri, I promise you when I read this I thought of papa right away.

1d   Like   Reply                    2 👍

**Josette Taylor**
I'd put a pint on that bet!

1d   Like   Reply   ❤️

**Jennifer Andrews**

Write a comment...



1d    Like    Reply

**Jennifer Andrews**
**Tiffany Rose** that was my very first thought too. Nickel and lead free my ass

1d    Like    Reply                                                    2

**Peggy Blankenship**
Prayers Geri I get a Mammogram tomorrow I had a reduction 2 yrs ago last yr Mammogram showed a STAPLE in my right Breast, it wasn't a big staple just like you would use at home the girl showed me. I guess it doesn't matter I don't know? It's a worry I just feel like I'm next for stage. 4.Bloat I've had for over 6 yrs& it's Big from under my Breast it's heavy& that pulls on my lower back, I've had lower back surgery in 03,04,& 05. I don't trust Drs around here they just want to pill you to death. As always I'm thinking of you this C word is scary, ❤️ Always.

1d    Like    Reply                                                    2

🔷 Top fan
**Christy Robertson**
Interesting, Geri... things that make you go hmmmm...

1d    Like    Reply                                                    2

✏️ Author
**Geraldine Feisty Souza** ✔️
**Christy Robertson** yup! Hmmmmm

1d    Like    Reply

**Pauline Imbro-Allen**
Heavy Metal???
Any correlation????

Glad the markers were clear for your families sake.

1d    Like    Reply                                                    5

**Annette Esposito**
**Pauline Imbro-Allen** I agree, I worked the same "company " me and my teammate both got cancer. The coincidence of this is alarming. There are many n others who sold that have fought, and currently fighting. Prayers Geri 🤙❤️🌷🙏

1d    Like    Reply

✏️ Author
**Geraldine Feisty Souza** ✔️
**Annette Esposito** omg!! So many ppl with cancer!! This is bullshit!!!

1d    Like    Reply                                                    😢

**Annette Esposito**
**Geraldine Feisty Souza** I think there's something in that jewelry. After all it wasn't lead and nickel free and the metals contained cancer causing agents from my research. So many reps , just doesn't add up.

Write a comment...

11

**Author**
Geraldine Feisty Souza ✓ ⋯
Annette Esposito agreed!
14h   Like   Reply

Pauline Imbro-Allen
Well I hope there is hell to pay for all this is doing to people. I hope there is enough evidence and proof to help you and others fight this company and stop them in their tracks. Our government is also at fault for not enforcing more stringent laws with outside companies shipping into the USA.
I am so sorry people have to suffer at all to show cause against companies doing this.
23h   Like   Reply

Trisha Flasco Bailey
Sending hugs n prayers ⋯
1d   Like   Reply

Sharon Elizabeth Quickel Thibodaux
Sending prayers ⋯
1d   Like   Reply

Dellie Steele
Same thing literally happened with my daughter ⋯
1d   Like   Reply

**Author**
Geraldine Feisty Souza ✓ ⋯
Dellie Steele 😮 ohhhh myyyy
4h   Like   Reply

Kay Connell Mullis
Please explain this to me ?!?!?! ❤️🙏🥰 ⋯
1d   Like   Reply

**Author**
Geraldine Feisty Souza ✓
Kay Connell Mullis this means that my cancer is not from genetic predisposition. For those who have followed me know that I started getting sick a year after selling on line. Stayed with diverticulitis- now stage 3 colon cancer. Since it's not genetics it's from an outside source....
1d   Like   Reply                                    2 👍

Vicky Hall Pittman
Geraldine Feisty Souza makes one wonder if it came from that "jewel" hmm things that make you go hmm 🥲 ⋯
1d   Like   Reply                                    👍

Angela Prchal

Write a comment...

🎁 😊 😃 📷 GIF 🏷️

12

1d  Like  Reply

**Angela Prchal**
**Geraldine Feisty Souza**
My mind went to popa right away!

1d  Like  Reply

**Kay Connell Mullis**
**Geraldine Feisty Souza** Wow , I loved you when you were selling the P .....
then I took your side and haven't bought from them since but haven't seen
you much in awhile..... I was online when you told us you had cancer .... IM
PRAYING FOR YOU AND YOUR FAMILY!!! GODS BEST AND NO LESS ❤️🙏🥰

20h  Like  Reply

**Kay Connell Mullis**
**Geraldine Feisty Souza** thanks for explaining this ❤️

20h  Like  Reply

**Katie A Furtado**
Omg Geri I have diverticulitis 😩😩😩 I'm so scared. I have a question for you off of
here, where do I send my question?

1d  Like  Reply

✏️ Author
**Geraldine Feisty Souza** ✔️
**Katie A Furtado** message me on this messenger!

1d  Like  Reply

**Marilyn Rejman**
What year did you start with papa puke?

1d  Like  Reply

✏️ Author
**Geraldine Feisty Souza** ✔️
**Marilyn Rejman** 2018!

1d  Like  Reply

**Marilyn Rejman**
**Geraldine Feisty Souza** well that explains alot doesn't it! Keep pushing
forward, you got this!

1d  Like  Reply

**Tori M Kirkman**
I am with you in spirit

1d  Like  Reply

**Katalina Corona**
❤️🙏💜🌹🌹

Write a comment...

13

1d    Like    Reply

**Tyi Latosha Johnson**
**Geraldine Feisty Souza** get you some Soursop tea or Soursop the fruit. I will inbox you where to get it or I can go to the International market to get it for you. ···

1d    Like    Reply                                    6 👍❤️

**Donna Vinci** ···
**Tyi Latosha Johnson** that is supposed to kill cancer

1d    Like    Reply                                    3 👍😢

Sheree Compton replied · 2 Replies

Tyi Latosha Johnson  ···



1d    Like    Reply    👍

Tyi Latosha Johnson  ···

1d    Like    Reply

Tyi Latosha Johnson  ···

Write a comment...

☆ 😎 🙂 📷 GIF 🧷



Tyi Latosha Johnson •••



1d  Like  Reply


**Katelyn Samantha Eilar**
Praying for you ❤️  •••

1d  Like  Reply


**Jill Frelix**
Oh my goodness, so does that happen often? My dad had diverticulitis and heart disease. 2019 right before Covid, well I've never been the same after Covid and I'm the first in my generation to have breast cancer, 💕🙏 take care Geri  •••

1d  Like  Reply


**Jennifer Andrews**
**Jill Frelix** I am also the first one ever to get the breast cancer- twice!! 9 years apart. Why?? No one in my neighborhood got it so it's not environmental...  •••

1d  Like  Reply  👍


**Jill Frelix**
**Jennifer Andrews** My cancer doctor said mine was hormonal not caused by sugar or diet.  •••

1d  Like  Reply  2 👍


**Jennifer Andrews**
mine was probably from stress. I had a bad 1st husband  •••

1d  Like  Reply


**Josephine Lo Biondo Donovan**
You are in my prayers 🙏🙏🙏❤️  •••

1d  Like  Reply


**Heather Plaisance**
That's good news for your sister and son. 🙏🙏🙏  •••

1d  Like  Reply  2 👍❤️



🖊️ Author
Geraldine Feisty Souza ✔️  •••


Write a comment...

    

15

1d  Like  Reply  2 👍❤️

**Author**
**Geraldine Feisty Souza** ✔️
**Heather Plaisance** yes

1d  Like  Reply  🤭

**Kim Marie**
🙏

1d  Like  Reply

**Lydia Lanice Najera**
Prayers my friend 🧡

1d  Like  Reply

**Barbara Williams Andrews Zarrello**
🙏 Prayers for a speedy and recovery and healing.

1d  Like  Reply  ❤️

**Denise Kov**
Sending many, many, many prayers..... You'll come back better than ever with some battle scars-and one helluva story.
❤️

1d  Like  Reply  👍

**Shelly Sipe**
Continuing to pray for you! Since I have cirrhosis of the liver I go through a lot of blood work and my tumor markers are high!

1d  Like  Reply  ❤️

**Diana Farnan**
Prayers

1d  Like  Reply

**Vanessa Nelson**
I'm so sorry you are going through this 🥲 now that is good news right that it was negative? I'm praying for you always ❤️🙏

1d  Like  Reply

**Author**
**Geraldine Feisty Souza** ✔️
**Vanessa Nelson** that's good for my family members and especially my twin! However, that means the cancer wasn't from genetic history. For those who have followed me, you can definitely connect the dots to conclude what my gastric issues are from!

1d  Like  Reply  2 👍❤️

Write a comment...

16

issues are from!

1d   Like   Reply    2 👍❤️

**Vanessa Nelson**
**Geraldine Feisty Souza** sorry hugs to you and continued prayers ❤️

20h   Like   Reply

Reply to Geraldine Feisty Souza... 🤓 🙂 📷 GIF 🌟

**Christina Van Elswyk**
**Vanessa Nelson** she has stage 3 cancer what she is saying was negative was her genetic markers that may have indicated a predisposition due to genetics

1d   Like   Reply    ❤️

**Christina Van Elswyk**
I most likely have genetic markers for breast cancer after menopause as my grandmother and mother have both had that diagnosed

1d   Like   Reply

**David N Mary Jacobi**
You're in our prayers

1d   Like   Reply

**Rosemary Kelly-Sheehan**
🙏🙏🙏🙏🙏🙏❤️❤️❤️❤️

1d   Like   Reply

**Colleen Strong**
Last year I had a colon resection because of diverticulitis. A very long recovery but worth it.
I have a high risk of developing colon cancer.

1d   Like   Reply    3 🥰

**Vicky Hall Pittman**
Oh gosh! Prayers for you.

1d   Like   Reply

**Tammy Lund**
Just Wow. If you know you know. 😣

1d   Like   Reply    3 👍

🎤 Author
**Geraldine Feisty Souza** ✔️
**Tammy Lund** exactly!

1d   Like   Reply    2 👍😮

Josette Taylor replied · 1 Reply

Write a comment...

🎗️ 🤓 🙂 📷 GIF 🌟

17



1d   Like   Reply   2 👍😮

Reply to Geraldine Feisty Souza...   😎 🙂 📷 GIF 🎭

**Lorraine Patton Liebes**
Same here. Had colon resection   ⋯

1d   Like   Reply

**Kat Huffman Whitacre**
Continued prayers ❤️   ⋯

1d   Like   Reply

**Mae Warren Pettyjohn**
Continued prayers 🙏🙏   ⋯

1d   Like   Reply

💎 Top fan
**Sheila R Minor**
Prayers for you, Feisty🙏   ⋯

1d   Like   Reply

**Annette Kennedy**
Continued prayers my friend❣️   ⋯

23h   Like   Reply

💎 Top fan
**Stevie Vics**
Oh God. This really makes you wonder, huh? Especially after all those results you guys found testing that crap.
Praying for you daily. I got a strong feeling you'll beat this crap. You seriously are one of the strongest people I know.
🙏❤️😘 keep fighting Geri! Sending hugs! 🥲   ⋯

16h   Like   Reply

**DT Reel**
🙏🙏🙏🙏   ⋯

1d   Like   Reply   2 👍

**Becky Miller**
❤️🙏🙏🙏❤️   ⋯

1d   Like   Reply

**Kimberly Hubbard Nickelberry**
🙏🙏🙏💬💬   ⋯

1d   Like   Reply

💎 Top fan
**Connie Myers**   ⋯
🙏🙏🙏

Write a comment...

🎟️ 😎 🙂 📷 GIF 🎭

18